**EXHIBIT TABLE OF CONTENTS**

| | |
|---|---|
| Exhibit A | Resolution establishing MDWID |
| Exhibit B | MDWID Revenue & Expenses 2014-2017 (Depo. Exh. 18) |
| Exhibit C | USDA Loan Statement of Account |
| Exhibit D | Letter dated September 18, 1991 |
| Exhibit E | Letter dated August 27, 1991 re Easement |
| Exhibit F | MDWID Boundary Map |
| Exhibit G | Drawing re Connecting Edwards Circle |
| Exhibit H | Peña 2001 MDWID Application (redacted) (Depo. Exh. 1) |
| Exhibit I | MDWID Meeting Minutes March 13, 2002 (Depo. Exh. 35) |
| Exhibit J | MDWID water application (redacted) |
| Exhibit K | MDWID water application (redacted) |
| Exhibit L | MDWID Water Rates effective January 1, 2015 (Depo. Exh. 28) |
| Exhibit M | MDWID Meeting Minutes November 19, 2014 (Depo. Exh. 20) |
| Exhibit N | MDWID's Responses to Requests for Admission |
| Exhibit O | Notice of MDWID fee change |
| Exhibit P | MDWID water application (redacted) |
| Exhibit Q | SOP Manual (redacted) (Depo. Exh. 16) |
| Exhibit R | Peters MDWID Application (redacted) (Depo. Exh. 5) |
| Exhibit S | Peters CAHRA Application (redacted) |

| | |
|---|---|
| Exhibit T | Peters repayment to CAHRA |
| Exhibit U | Peña 2016 MDWID Application (redacted) (Depo. Exh. 4) |
| Exhibit V | MDWID Delinquent Accounts |
| Exhibit W | Elizabeth Wentz, Ph.D. Curriculum Vitae (Depo. Exh. 44a) |
| Exhibit X | Elizabeth Wentz, Ph.D. Expert Report (Depo. Exh. 45 excerpt) |
| Exhibit Y | Defendant's Response to Plaintiffs' Interrogatory No. 9 |
| Exhibit Z | MDWID statements of delinquent accounts (redacted) |
| Exhibit AA | MDWID reports to Pinal County |
| Exhibit BB | Redacted MDWID Utility Statement |
| Exhibit CC | Redacted MDWID tenant payment |
| Exhibit DD | Redacted MDWID pay-off information |
| Exhibit EE | Redacted MDWID water application |
| Exhibit FF | MDWID Refund table and documents (redacted) |
| Exhibit GG | MDWID memo dated march 20, 2002 |
| Exhibit HH | Pinal County memo dated April 12, 2002 |
| Exhibit II | Arizona Corporations Commission FAQ |
| Exhibit JJ | Allen, Adeline deposition excerpts |
| Exhibit KK | Hoover, Joe deposition excerpts |
| Exhibit LL | Peña, Tavita deposition excerpts |
| Exhibit MM | Peters, Jennifer deposition excerpts |

Exhibit NN        Sauceda, Angie deposition excerpts

Exhibit OO        Sheehan, Sara deposition excerpts

Exhibit PP        Wentz, Elizabeth deposition excerpts

Exhibit QQ        Young, John deposition excerpts