**EXHIBIT M**



Office: (520) 568-2239
Fax: 568-2185
Emergency No. (520)251-1896

**MARICOPA DOMESTIC WATER**
**IMPROVEMENT DISTRICT**
FWS-11-036

44801 W. Honeycutt Rd.
P.O. Box 269
Maricopa, AZ  85239-0269

## MINUTES OF THE REGULAR BOARD MEETING
### November 19, 2014

I:

A.    **Call meeting to order at 5:30 pm**

B.    **Roll call:** Don Pearce & Joe Hoover present. Confirmation of Quorum

C.    **Minutes:** Joe motioned to accept the minutes from 10/15/14 Regular meeting, Don 2nd, all in favor; motion carried.

II:    BUSINESS BEFORE THE BOARD

1.    Call to Public: Melvin Benning and Grace Gomez attending. Mr. Benning was there to observe and was a previous member of the Rotary Club. Grace Gomez had submitted an application for the open Board position to replace Sean Lafitte. Leon Potter from the Maricopa Rotary Club arrived during item #12.

2.    Financial Report: Sara Sheehan submitted the Balance sheet for Board review. She said they will go into the HRA info in item #8 for further review and changes.

3.    Discuss/Approve/Deny Interim Board Applications: The Board reviewed Grace Gomez's application. She said she has an issue with her knee and is not currently working. Don motioned to approve Grace Gomez's application, Joe 2nd, all in favor; motion carried.

4.    Discuss/Approve/Deny Resolution for Oath of Office for Interim Board member: Sara said she gave the form to Grace for review before the meeting along with the previous Board minutes to get her caught up on recent events in the District. Joe motioned to approve the Oath Resolution, Don 2nd, all in favor; motion carried. Sara said she will get Grace the Board Orientation packet for review.

5.    Discuss/Approve/Deny Water Grant Application: Sara reviewed the Water Grant Policy and application submitted by the Rotary Club. Rotary President; Leon Potter said he would be attending on their behalf. The Rotary Club requested the water off at the Park/Pool when receiving their 1st bill after the prior year Water Grant expired. Don said he does not know if the community would be happy paying for the water now that Rotary does not plan on opening the pool again. He said there are other non-profits that may be interested in taking over the operations of the pool to open next summer. Melvin and Don have been working on getting things going. The SR 347 overpass plans may affect the parks trees. The park won't need to be watered again until spring. Joe said the application only applies to the Rotary Club and if another entity take over operations of the pool they will have to apply. Joe motioned to approve the Water Grant. Grace asked why the Rotary Club doesn't pay for the water. Sara explained they were not paying for at least 6 yrs. and prior may be due to mismanagement of their Budget. In order for the District to account for the water instead of having it as loss it was decided to develop a Water Grant that require the recipient to acknowledge the District for the water and put conservation systems in place. Rotary Club has never given a reason for their lack of responsibility for the cost of the water they use. Grace said she understood the need for the District to cover itself from water loss reporting. Grace 2nd the motion, all in favor; motion carried. Sara said she will send the Rotary Club a letter that they application was approved.

6.    Discuss/Approve/ Deny Pinal County Line of Credit; Letter of Declaration: Sara submitted the form for review and noted the District has to renew this with Pinal Co. Treasurers every year and will not exceed $10 million. Joe motioned to approve, Grace 2nd, all in favor; motion carried.

7.    Discuss/Approve/Deny Pinal County Housing Service Deposit Increase: Sara said she spoke with lawyer Steve Cooper about how to proceed with an increase of the PCH Deposits. She noted the original increase was not part of their By-laws. PCH representatives met with MDWID on Nov. 6th to discuss the debt on previous tenants accounts and the inability to collect from PCH as is done for all other land owners. PCH agreed the Deposit amount should be increased to cover future delinquent amounts. Joe does not think PCH will agree to pay the current delinquent amounts and will continue to have the new tenants pay it off before moving in. He suggested an increase to $180 for the deposit amount. Joe motioned to approve an increase to $180 PCH Deposit for new tenants. Don 2nd, all in favor; motion carried. Sara said she will notify PCH and the new

MDWID 000780

**Page 1 of 3**

amount should go into effect Jan. 1st. Grace said the case workers at PCH told her the water rates in MDWID were too high to qualify for Section 8 housing. There was discussion on the difference between Section 8 housing and PCH qualifications. Global Water rates are very high in comparison to MDWID and PCH may have them confused.

8.      Discuss/Approve/Deny Changes to Medical Expense Reimbursement Plan funding cycle: Sara said TASC, the 3rd party company in charge of the HRA account, funds the employees debit cards in January but the District funds in the Fiscal year starting in July. This only gives employees 6 month to use the amount on the cards instead of a year since the amount doesn't roll over. Sara would like to get approval to change the funding period to match the TASC funding year. Joe said to review the taxing and funding cycle with CPA, Jim. Joe motioned to approve changing the funding cycle to the calendar year, Grace 2nd, all in favor; motion carried.

9.      Discuss/Approve/Deny Public Auction for Office equipment and misc.: Sara said since they upgraded their computers the District has equipment that can be sold to clear from the office. The Misc. refers to any cords or stuff the crew may have to get rid of also. Joe asked about the computer equipment security. Sara said she will have the computers wiped before the auction. Don recommended offering bids accepted by mail. Sara said she will post the auction online also. Joe motioned to approve a Public Auction, Grace 2nd, all in favor; motion carried.

10.     Discuss/Approve/Deny Annual Holiday Party date, time & budget: Sara said they used some of the budgeted funds for the Memorial for Sean Lafitte. She said the Board can have a smaller party by not inviting the other district Boards as on option to stay closer to the original budget. The Board would like to continue to invite the other Boards Directors for the districts managed by MDWID. Joe suggested holding the party again at the Fire House on Edison Rd. Don said his 70th Anniversary party is Jan. 11th at the Elks Club in Coolidge. Sara said she will find out about availability for Jan. 17th from 2 to 5pm. She will get invitations out to the other Boards as soon as possible and try to get more of them to RSVP. Sara will have more info for the budget, date and time for the next meeting.

11.     Engineer's Report: Bill Collings said the City has submitted for the CDBG funds to complete Phase 2 of the South Side Prj. the cost estimate and the fixed Engineering fees come to $144,500. KED instead of the City will be handling the majority of the paperwork needed during the project for payment disbursement submittal. The funding should be available through CDBG in April or May 2015. The District will be able to include the project in their 2015-16 Budget yr. to start. The next portion will go through more of Brad Butz property. Bill is hoping there won't be as many delays on the process as there were in the previous phase. A lot of the delay was because the Butz family was unreachable and then protested the easement process.

The Lexington Prj. base mapping is complete. The Edison Rd. review is also done per the City request. They plan to widen Edison Rd. through a portion of Mr. Koslow's Sonoran Creek property there. The plans include continuing Edison Rd. near the Well #4 on Hwy. 238 and will affect the lines. There are also plans to extend Garvey Ave. when the Train Station is relocated there. Bill said he is in close contact with the City on these projects. The City also plans to go forward with the solar crossing light pole on Honeycutt Rd. near Butterfield School. The proposed pole location is too close to the Transmission main. The district would be responsible for the relocation if needed but the water cannot be off for more than 4 hours for customers in SRDWID. Bill suggested all PCH units have a backflow device to avoid issues if tenants are shut-off and still living there.

12.     Field Manager's Report: Gilbert Sanchez not present but sent a report to Sara for the Board. The power switch on the booster pump panel broke. Rich Logue from Logue Electric came out and by-passed it and ordered a new replacement. Leon Potter arrived. Don informed him the Water Grant was approved earlier in the meeting and asked what the Rotary Cubs intentions are with the property for the future. Mr. Potter said the park will remain open to the public and the trees need to be watered over the winter season. He thanked the Board for the Water Grant approval.

III:    ADJOURNMENT: Grace moved to adjourn at 6:30, Joe 2nd, all in favor; motion approved.

Approval: _____ Date: _12/17/14_

Equal Opportunity Provider & Employer

MDWID 000781



Office: (520) 568-2239
Fax: 568-2185
Emergency No. (520)251-1236

MARICOPA DOMESTIC WATER
IMPROVEMENT DISTRICT

44801 W. Honeycutt Rd.
P.O. Box 209
Maricopa, AZ  85239-0209

## MINUTES OF THE REGULAR BOARD MEETING
### December 17, 2014

**I:**

**A. Call meeting to order at 5:35 pm**

**B. Roll call:** Don Pearce & Joe Hoover present. Confirmation of Quorum

**C. Minutes:** Joe motioned to accept the minutes of 11/19/14 Regular meeting, Don 2nd, all in favor; motion carried.

**II:** BUSINESS BEFORE THE BOARD

1. Call to Public: None present

2. Financial Report: Sara Sheehan submitted the Balance sheet for review. She noted the Wells Fargo Account was funded for the Semi-Annual USDA loan payment auto-withdrawal on Jan. 1st. Sara said the USDA Annual report and Wells Fargo authorization renewal needed signature from the Board in order to submit. She is waiting on the Year End Financial reports from CPA, Jim Chaston also to complete these reports.
Bill Collings said USDA can take the owed funds for the remainder of the loan if the district has the amount already set aside. Sara said she will check how much is left owing on the loan. Seven Ranches district was interested in paying off the remainder of their loan if able to.

3. Engineer's Report: Bill said the City did not receive the CDBG Funds for the remainder of the Southside Prj. due to the lack of Environmental Impact report. They plan to reapply for the funding in the new cycle. The CDBG application item went before the City Council at their last meeting. The Roosevelt/Taft Rd. plans should be ready to submit next month and will get with Sara for a check amount for the application fees.

4. Field Manager's Report: Gilbert Sanchez said the crew have been unable to find the valve needed to isolate Roosevelt. Pinal County Public Works may have destroyed or buried it doing road work. They chip sealed over the valve location. There should be a 90 degree bend. Between the Hydrant and an elbow then another valve around the bend. Joe asked about the street level. Bill said the street level is low but cannot be raised because it would cause issues with flooding to the surrounding streets. Bill submitted a map of the project area for review. Joe asked if the Arsenic testing results are showing an increase. Gilbert said he will get with Joe Fiano of Water Treatment Operators. The Arsenic Media filters need to be changed when the test level reaches .10. Gilbert said they had a system inspection performed by ADEQ and all had gone well. They noted the screen on the air release valve was needed to be replaced. There was discussion on Ionic Exchange and granulate oxidize systems. Bill said the City will need to address an issue on drainage of line conflict with the district on their Edison Rd. extension project. The project will extend the road and effect the District Well#4. The district should be able to condemn the easements for the lines to the well. Don said he will talk to John Smith about the easements needed. One of Mr. Smith's sons is now in control of that property. The Honeycutt Rd. potholing is complete for the solar speed limit sign the City is installing. They will install it over the water lines with a foot clearance.

5. Discuss/Approve/Deny Utility Share Application: Sara submitted the application from Gloria Ramirez Acct. 1570-GR. They made arrangements to pay on Jan. 6th but a new bill will have gone out by then and they are already on the list for disconnection. If they approve for funds it will cover the previous balance they owe. Joe motioned to approve the application for full amount of funds available, Don 2nd, all in favor; motion carried.

6. Discuss/Approve/Deny Annual Holiday Party budget: Sara submitted the menu from Helen's Kitchen for review. Item #1 and tossed salad was approved by the Board.

7. Discuss Approve/Deny Employee Bonus amount: Sara reviewed what was set aside in the Budget for Bonuses and that they are only slightly under budget. The Budget was for 5% bonus amount. Don asked if the other districts could be charged an additional fee to cover the bonuses. Since the bonuses are for MDWID Employees it does not seem to be something that should be the responsibility of the other districts to fund as an additional cost above their contract fees. Joe would like to look at the bonus rate for changes in the next budget year but approves of the rate as it is currently set for this year. Joe motioned to approve the bonuses at 5%, Don 2nd, all in favor; motion carried. Sara said she would like to print the checks tomorrow in order to hand out to employees before the weekend.

**III:** ADJOURNMENT: Joe moved to adjourn at 6:19, Don 2nd, all in favor; motion approved.

Approval: _Joe C Hoover_     Date: _Jan 21, 2015_     Equal Opportunity Provider & Employer

MDWID 000931

**EXHIBIT N**

1  Jeffrey C. Matura, State Bar No. 019893
   Melissa J. England, State Bar No. 022783
2  **Barrett & Matura, P.C.**
   8925 E. Pima Center Parkway, Suite 100
3  Scottsdale, AZ 85258
   Telephone: (602) 792-5705
4  Facsimile: (602) 792-5710
   jmatura@barrettmatura.com
5  mengland@barrettmatura.com

6  Attorneys for Defendant Maricopa Domestic Water
7  Improvement District

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10
    Southwest Fair Housing Council, Inc., an      Case No. CV-17-1743-PHX-JJT
11  Arizona nonprofit corporation; Tavita Pena;
    and Jennifer Peters,                          **MARICOPA DOMESTIC WATER**
12                                                **IMPROVEMENT DISTRICT'S**
                    Plaintiffs,                    **RESPONSES TO PLAINTIFFS'**
13                                                **REQUESTS FOR ADMISSION**
    v.                                            **(Nos. 1-47)**
14
    Maricopa Domestic Water Improvement
15  District, an Arizona municipal corporation;
    and Pinal County, an Arizona County,
16
                    Defendants.
17

18        Pursuant to Federal Civil Procedure Rule 36, Defendant Maricopa Domestic Water

19  Improvement District ("the District") hereby responds to Plaintiffs' Requests for

20  Admission as follows:

21                  **RESPONSES TO REQUESTS FOR ADMISSION**

22        1.    The Maricopa Domestic Water Improvement District (MDWID) is an

23  Arizona special district formed by the Pinal County Board of Supervisors.

24                         X Admit      ☐ Deny

25

26        2.    As of June 5, 2015, MDWID's website included the following statements:

27                         SERVICES FEES:  MDWID

28                         1.  Service Deposit $75.00

                              **Page 1 of 9**

$20.00 Service fee is Non Refundable

$55 Refundable upon vacating (with account in good standing)

PINAL COUNTY PUBLIC HOUSING $200.00

$20.00 Service fee is Non Refundable

$180 Refundable for Public Housing upon vacating

X Admit      ☐ Deny

3.      Effective January 1, 2015, MDWID increased the refundable deposit for Pinal County's public housing dwellings.

X Admit      ☐ Deny

4.      Effective January 1, 2015, MDWID required new customers who occupied Pinal County's public housing dwellings to pay a $180 refundable deposit to establish water service and a $20 non-refundable service fee.

X Admit      ☐ Deny

5.      Effective January 1, 2015, all other MDWID residential hookups were required to pay a refundable "service fee" of $55 to establish new service.

X Admit      ☐ Deny

6.      Effective January 1, 2015, MDWID adopted a policy that if a public housing customer was late four times within one year, the customer's service deposit refund would be made at the Board's discretion ("late payment policy").

X Admit      ☐ Deny

7.      No "late payment policy" was adopted in 2015 by MDWID for customers who did not occupy public housing.

X Admit      ☐ Deny

8.      MDWID issued notices stating that the service deposits for public housing residents were refundable if "timely payments" for service were made by the public housing customers ("timely payments policy").

X Admit      ☐ Deny

2

9.      No "timely payments policy" was adopted in 2015 by MDWID for customers who did not occupy public housing.

X Admit      ☐ Deny

**Pena**

10.      In May 2001, MDWID charged Pena a combined deposit and service fee of $65 to initiate water service:  $50 for a refundable guarantee and $15 for a non-refundable turn-on/meter reading fee.

X Admit      ☐ Deny

11.      In November 2016, Pena applied for MDWID to transfer her water service from her existing public housing dwelling to a different public housing dwelling.

☐ Admit      X Deny

**Response:    MDWID objects to the use of the word "transfer" as water service accounts are not transferred from one location to another.  Rather, a new account is initiated for a separate location.**

12.      In November 2016, a MDWID employee told Pena that she was required to pay $200 to transfer her water service from one public housing unit to another public housing unit.

☐ Admit      X Deny

**Response:    MDWID objects to the use of the word "transfer" as water service accounts are not transferred from one location to another.  Rather, a new account is initiated for a separate location.**

13.      In November 2016, MDWID charged Pena $180 as a refundable service deposit to transfer water service from one public housing unit to another public housing unit.

☐ Admit      X Deny

**Objection:    MDWID objects to the use of the word "transfer" as water service accounts are not transferred from one location to another.  Rather, a new account is initiated for a separate location.**

3

14.     In November 2016, MDWID charged Pena $20 non-refundable service fee to transfer her water service from one public housing unit to another public housing unit.

☐ Admit      X Deny

**Objection:   MDWID objects to the use of the word "transfer" as water service accounts are not transferred from one location to another.   Rather, a new account is initiated for a separate location.**

*Service*

15.     Since at least January 1, 2012, MDWID provides water service to dwellings as well as commercial properties within its service area.

X Admit      ☐ Deny

16.     Since at least January 1, 2012, MDWID is the sole provider of domestic water service within its boundaries.

X Admit      ☐ Deny

17.     MDWID provides domestic water service outside its boundaries.

X Admit      ☐ Deny

*Revenue*

18.     Since at least January 1, 2012, MDWID obtained revenue through the sale of water.

X Admit      ☐ Deny

19.     Since at least January 1, 2012 MDWID obtained revenue for the management of other water district.

X Admit      ☐ Deny

20.     Since at least January 1, 2012 MDWID obtained revenue for providing field services to the water districts.

X Admit      ☐ Deny

4

**Page 4 of 9**

*Net assets*

21.    As of June 30, 2014, MDWID held total net assets of more than $2.4 million.

☐ Admit      X Deny

**Response:  MDWID cannot confirm the value of its assets without having a CPA evaluate and calculate the appropriate value.**

22.    As of June 30, 2015, MDWID held assets of more than $2.4 million.

☐ Admit      X Deny

**Response:  MDWID cannot confirm the value of its assets without having a CPA evaluate and calculate the appropriate value.**

23.    For the fiscal year ending June 30, 2014, MDWID's total operating revenue exceeded its total operating expenses.

X Admit      ☐ Deny

*Alternatives*

24.    MDWID never presented Pinal County with an IGA governing water service to the public housing units located in Maricopa.

☐ Admit      X Deny

**Response:  Pinal County refused to consider an IGA to resolve service issues.**

25.    MDWID never recorded a lien on any Pinal County property to collect delinquent water bills owed from hookups to public housing in Maricopa.

X Admit      ☐ Deny

**Response:  MDWID cannot place a lien Pinal County property.**

26.    MDWID never sued Pinal County to collect on delinquent water bills owed from hookups to public housing in Maricopa.

X Admit      ☐ Deny

27.    MDWID puts liens on an owner's property for failure of owner's tenants to pay water bills.

X Admit      ☐ Deny

5

1    28.    MDWID never required Pinal County to execute a land-owner agreement.

2    ☐ Admit    X Deny

3    **Response:   MDWID responds that Pinal County refused to execute a land**

4    **owner agreement when one was submitted by the District.**

5    *Disparity*

6    29.    For some period of time between January 1, 2015 and January 1, 2018,

7    MDWID required a new occupant seeking to establish water service at a public housing

8    dwelling to pay off any delinquency of the prior tenant of that public housing dwelling

9    before MDWID would provide water service to the new occupant ("new tenant pays prior

10   delinquency practice").

11   ☐ Admit    X Deny

12   **Response:   MDWID responds that the District notified Pinal County**

13   **Housing of delinquencies and required payment of balances prior to new tenant**

14   **occupancy.   Potential tenants were informed of Pinal County's balances and given**

15   **the option to pay the balance.   Pinal County forced potential tenants to pay their**

16   **delinquent balances without reimbursement on threat of losing occupancy approval.**

17   30.    MDWID never enforced a new tenant pays prior delinquency practice

18   against tenants of nonpublic housing.

19   ☐ Admit    X Deny

20   31.    In 2012, there were public housing tenants who were not delinquent in the

21   payment for water service provided by MDWID.

22   X Admit    ☐ Deny

23   32.    In 2012, there were nonpublic housing tenants who were delinquent in the

24   payment for water service provided by MDWID.

25   X Admit    ☐ Deny

26   33.    In 2013, there were public housing tenants who were not delinquent in the

27   payment for water service provided by MDWID.

28   X Admit    ☐ Deny

6

**Page 6 of 9**

34.     In 2013, there were nonpublic housing tenants who were delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

35.     In 2014, there were public housing tenants who were not delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

36.     In 2014, there were nonpublic housing tenants who were delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

37.     In 2015, there were public housing tenants who were not delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

38.     In 2015, there were nonpublic housing tenants who were delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

39.     In 2016, there were public housing tenants who were not delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

40.     In 2016, there were nonpublic housing tenants who were delinquent in the payment for water service provided by MDWID.

X Admit      ☐ Deny

***Exhibits***

41.     Exhibit 1 (Deposition exhibit 28, bates numbers 897) is a true and correct copy of the original.

X Admit      ☐ Deny

42.     Exhibit 2 (Deposition exhibit 42, bates numbers 225) is a true and correct copy of the original.

X Admit      ☐ Deny

7

43.    Exhibit 3 (Deposition exhibit 42, bates numbers 224) is a true and correct copy of the original.

X Admit     ☐ Deny

***Process and Disclosure***

44.    The different terms imposed on public housing customers than nonpublic housing customers were not authorized by the MDWID's bylaws.

☐ Admit     X Deny

**Response:    The bylaws do not address this specific issue.**

45.    MDWID never disclosed to USDA that it imposed different terms for the provision of water service on public housing customers than it imposed on nonpublic housing customers.

☐ Admit     X Deny

**Response:  USDA is provided current water and service fee rates each year. At the tri-annual review, USDA was informed of this lawsuit and the out of district circumstance of Pinal County Housing property.**

46.    MDWID never disclosed to the Pinal County Board of Supervisors that it imposed different terms for the provision of water service on public housing customers than it imposed on nonpublic housing customers.

☐ Admit     X Deny

**Response:  Pinal County annual reports do not require current rates and fee schedule.  Pinal County Board of Supervisors is informed of the present lawsuit and the out of district circumstances of Pinal County Housing property.**

1    Dated on May 28, 2019.

2

3                                              BARRETT & MATURA, P.C.

4

5

6                                        By:___/s/ Jeffrey C. Matura_____
                                                Jeffrey C. Matura
7                                               Melissa J. England
                                                8925 E. Pima Center Parkway,
8                                               Suite 100
                                                Scottsdale, Arizona 85258
9                                               Attorneys for the Maricopa Domestic
10                                              Water Improvement District

11   ORIGINAL of the foregoing mailed
     and e-mailed on May 28, 2019 to:
12

13   Christopher Brancart
     Brancart & Brancart
14   P.O. Box 686
     Pescardero, California 94060
15   Attorneys for Plaintiffs
16   cbrancart@brancart.com

17   Paul Gattone
18   Law Office of Paul Gattone
     301 South Convent Avenue
19   Tucson, Arizona 85701
     Attorneys for Plaintiffs
20   pgattone@aol.com
21

22   Georgia Staton
     Ravi Patel
23   Jones, Skelton & Hochuli, PLC
     40 North Central Avenue, Suite 2700
24   Phoenix, Arizona 85004
25   gstaton@jshfirm.com
     rpatel@jshfirm.com
26

27   /s/ Carolyn Harrington_____
     4812-7110-4078
28

                                    9

**EXHIBIT O**

**Pinal County Housing Customer Deposits will increase for New tenants Starting Jan. 1, 2015. This will only effect new residents at the Pinal County Housing Complex. The new Deposit fee will be $180.00. Coming Soon: Customers will be able to check their account balance online. Próximamente: Los clientes podrán comprobar el saldo de su cuenta en línea Follow us on facebook.com for notices and events** MDWID REGULAR BOARD MEETINGS on 3rd Wed. each month at 5:30 p.m. at 19756 N. John Wayne Pkwy. #109, Maricopa AZ Effective Dec. 2013; There will no longer be same day reconnection of Service if your service is interrupted for non-payment.

CCR available at office----------------------------

E.O.E.

Return this part with payment.

MDWID 000225

**Pinal County Housing Customer Deposits will increase for New tenants Starting Jan. 1, 2015. This will only effect new residents at the Pinal County Housing Complex. The new Deposit fee will be $180.00. Coming Soon: Customers will be able to check their account balance online. Próximamente: Los clientes podrán comprobar el saldo de su cuenta en línea Follow us on facebook.com for notices and events** MDWID REGULAR BOARD MEETINGS on 3rd Wed. each month at 5:30 p.m. at 19756 N. John Wayne Pkwy. #109, Maricopa AZ Effective Dec. 2013; There will no longer be same day reconnection of Service if your service is interrupted for non-payment.

CCR available at office----------------------------

E.O.E.

Return this part with payment.

**Pinal County Housing Customer Deposits will increase for New tenants Starting Jan. 1, 2015. This will only effect new residents at the Pinal County Housing Complex. The new Deposit fee will be $180.00. Coming Soon: Customers will be able to check their account balance online. Próximamente: Los clientes podrán comprobar el saldo de su cuenta en línea Follow us on facebook.com for notices and events** MDWID REGULAR BOARD MEETINGS on 3rd Wed. each month at 5:30 p.m. at 19756 N. John Wayne Pkwy. #109, Maricopa AZ Effective Dec. 2013; There will no longer be same day reconnection of Service if your service is interrupted for non-payment.

CCR available at office----------------------------

E.O.E.

Return this part with payment.

**Pinal County Housing Customer Deposits will increase for New tenants Starting Jan. 1, 2015. This will only effect new residents at the Pinal County Housing Complex. The new Deposit fee will be $180.00. Coming Soon: Customers will be able to check their account balance online. Próximamente: Los clientes podrán comprobar el saldo de su cuenta en línea Follow us on facebook.com for notices and events** MDWID REGULAR BOARD MEETINGS on 3rd Wed. each month at 5:30 p.m. at 19756 N. John Wayne Pkwy. #109, Maricopa AZ Effective Dec. 2013; There will no longer be same day reconnection of Service if your service is interrupted for non-payment.

CCR available at office----------------------------

E.O.E.

Return this part with payment.

**EXHIBIT P**

Redacted



Office: (520) 568-2239
Fax: 568-2185
Emergency No. (520)251-1896

44301 W. Honeycutt Rd.
P.O. Box 209
Maricopa, AZ  85239-0209

Revised 12/1/2014; Effective 1/1/2015

## PINAL COUNTY PUBLIC HOUSING

Name/Nombre: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮   Telephone: 520-▮▮▮▮
                              Print

Service Address/Direccion: 45005 W. Edwards CR.  Email/Correo Elec ▮▮▮▮▮

Mail Address/Dirección de Correo: 45005 W. Edwards ▮▮▮▮▮
( P.O. BOX IS NEEDED-No postal delivery available at service address)

City: MARICOPA          State: AZ   Zip Code 85139

Race/ Ethnicity: White:☐ Hispanic:☐ African Am.:☐ Am. Indian:☑ Asian/Pacific Islander:☐
        Other: _____

**Turn on of Water Service**   Customer, owner, or designated representative must be present at time of Water turn on. Un representante debe estar presente en el momento de encender el agua.

Agreed Start date: 7/21/15    Time Frame: Any time after 12:00pm

If the customer's valve is determined to be inaccessible or faulty, the meter will be turned off and the customer notified.
A new date and time frame must then be set with District staff to turn on services.

## $200.00 Deposit Total for the following:
## $20.00 Service Fee (Non Refundable)
## $180.00 Deposit (Refundable report to stay with timely payments. If late it is within 1 yr., actually made at District, the return the wind & sign off. If you have new & Mail letter. Remainder of fee. All payments must met on the 5th of each mo.)

I hereby apply for water service at the address above under the terms and rates approved by the Board
of Directors, and agree to pay for same as due.

Signature/Firma: ▮▮▮▮▮▮▮▮▮▮▮      Date 7-20-15

SERVICE INFORMATION:  Copy of Photo ID & copy of Pinal County Housing contract required.

Service start date 7/21/15      Account # 2130-13-GW
$100.00 Deposit Total in the following:   Cash/Check $211.58

District Signature ▮▮▮▮▮▮▮   Deposit Date 7/20/15

MDWID is an Equal Opportunity provider and employer

MDWID 000514

**EXHIBIT Q**

Redacted

# MARICOPA DOMESTIC WATER IMPROVEMENT DISTRICT
## 19756 N JOHN WAYNE PARKWAY SUITE 109
## MARICOPA, AZ 85139
### 520-568-2239 FAX 520-568-2185

# (SOP)

**Updated**
**2/24/2017**

*"Our purpose is to serve our community with the best water possible. This involves being compliant with potable water regulations, looking and planning to future improvements while being mindful of the residents' outlook as well as economic capability. This Special District has its origin in the desire of a small group of people to provide a potable and reliable water supply to its residents. It has gone through many changes over many years with the involvement of many of its' people. The goal remains the same since its inception: Good, reliable water supply through innovation, training, dedication and cooperation with the community. "*

EXHIBIT # 16
WITNESS _____
MARTY HERDER, CCR 50152

MDWID 000017

## ACRONYMS & PO Boxes

MDWID—Maricopa Domestic Water Improvement District—PO BOX 209

## SERVICE FEES

Below are the new service Deposit & Service fees. Refer to all other fees and Water Rates in ███████.
MDWID—

| MDWID Regular Customers | Public Housing ████ -Accounts) |
|---|---|
| $55 Refundable upon vacating<br>$20 Service is Non-Refundable<br>**$75 Total** | *$180* Refundable upon vacating<br>$20 Service is Non-Refundable<br>**$200 Total** |

- Reconnect Fee = **55.00**

**EXHIBIT R**

Redacted



**Office:** (520) 568-2239
**Fax:** 568-2185
**Emergency No.** (520)251-1896

**MARICOPA DOMESTIC WATER**
**IMPROVEMENT DISTRICT**
PWS-11-036

44801 W. Honeycutt Rd.
P.O. Box 209
Maricopa, AZ  85239-0209

## PINAL COUNTY PUBLIC HOUSING

Name: _Jennifer Peters_  Telephone: ▮▮▮
 *Print*

Landlord: _Pinal county housing_  Rent: ☑  Own: ___
 *Name & Telephone*

Service Address: _44957 W. Edwards circle_ ▮▮▮

City: _Maricopa_  State: _AZ_  Zip: _85139_

Mail Address: _47094 W. ▮▮▮▮▮▮▮▮▮▮▮_
 *(If different from service address)*

Email: ▮▮▮▮▮▮▮  [ ☑ Please email my bills

**Race/ Ethnicity:**
White: ☑ Hispanic: ☐ African Am.: ☐ Am. Indian: ☐ Asian/Pacific Islander: ☐ Other: _____

### $200.00 Deposit Total for the following: $20.00 Service Fee (Non Refundable) & 180.00 Deposit
*Account is billed on the 1st and is due on the 20th of each month*

**Turn on of Water Service** – Customer, owner or designated representative must be present at time of Water Turn on.
**Agreed Start date:** _____  **Time Frame:** _____.

If the customer's valve is determined to be inaccessible or faulty, the meter will be turned off and the customer notified. A new date and time frame must then be set with District staff to turn on services.

[__] **Waiver of District Responsibility**
No customer, land owner or designated representative will be present during agreed date & time frame of turn on, and therefore the District is released of responsibility for loss of resources or property damage caused by leaks occurring at or after time of turn on. I understand if no one is present at the time of turn on, the field staff will turn on the district service meter without any liability to the district.

**I hereby apply for water service at the address above under the terms and rates approved by the Board of Directors, and agree to pay for same as due.**

**Customer Signature:** ▮▮▮▮▮▮▮  **Date:** 6-20-16

**SERVICE INFORMATION:**
*Copy of Photo ID required. Previous Balance must be Paid in Full at time of new service connection.

Service start date: _6-24-16_  Account#: _2130-05-JP_
$200.00 Deposit Total in the following:  Cash/Check: _____
Previous Balance: _0_  Total Paid: _____

District Signature: ▮▮▮▮▮  Deposit Date: _6.29.16_

---

*MDWID is an Equal Opportunity provider and employer*

**EXHIBIT #** _5_
**Page 1 of 1** _Peters_
MARTY HERDER, CCR 50182

MDWID 001325

**Community Action Human Resources Agency**
*109 N Sunshine Blvd*
*Eloy, Arizona 85131*
*PHONE: (520) 466-1112    FAX: (520) 466-0013*
*Toll Free: 1-877-472-2472*

Time: _1058 AM_
Date: _06/24/2016_



**Fax Transmission**

**CAHRA** *If you do not receive all copies of this FAX transmission, please call us.*

People
Helping
People
Since
1981

**From:** _____

**To:** *Customer Service Representative*

**Firm:** *Maricopa Domestic Water*

**Fax:** *520-568-2185*

*Number of Pages including cover page:* ___1___



Community Action
Human Resources Agency
109 N Sunshine Blvd  Eloy, AZ 85131
(520) 466-1112   Fax (520) 466-0013

Toll Free: 1 (877) 472-2472



United Way
It brings out the best
in all of us

## GUARANTEE OF UTILITY ASSISTANCE

The applicant listed below has applied for utility assistance under the program selected below:

APS $_____ EAP $_____ ESGP$_____ EFSP$_____ LIHEAP $_____ LIHEAP SUPP $_____

NHN $_____ SRP $_____ STCS $_____ URRD $_____ UW $_____ OTHER $ _200.00_

Community Action Human Resources Agency Guarantees $ _200.00_ on the account.

Applicant Name: _Jennifer Peters_ Date: _06/24/2016_

Account Number: _2130-05-JP_ Utility Company: _Maricopa Domestic Water_

If for deposit, SERVICE ADDRESS:
_44757 W. Edwards Circle_ ▮ _Maricopa az 85138_

Checks are mailed directly to the utility companies within 4-6 weeks.

Any monies due to the utility company above the amount guaranteed by CAHRA, are the responsibility of the applicant.

_____    *Case Manager*
Signature of CAHRA Staff Member              Title

EXHIBIT # _6_
WITNESS _Peters_
MARTY HERDER  CCR 50162

MDWID (CAHRA) 000036

# COMMUNITY ACTION HUMAN RESOURCES AGENT
109 N SUNSHINE BLVD ELOY, AZ 85131~TEL# 520-466-1112 / 1-877-472-2472 / FAX# 520-466-0013

## UTILITY BILLING INFORMATION FORM

This is to certify that Community Action Human Resources Agency Case Manager called

_Maricopa Domestic Water_ and spoke to _Sara_
Utility Company                              Company Representative Name

On _06/20/2016_ to verify the following information because
Date

_Jennifer Peters_ did not bring his/her utility billing statement to our office.
Client Name

*NOTE: if account name holder not listed in household, state relation to client

Account Name(s): _Jennifer Peters_

Deposit Account #:_____

Service Account#: _2130-05 JP_

Charge off / Write off Account #:_____

Utility Service Address:                     Mailing Address:

_44957 W. Edwards Circle_
_Maricopa AZ 85138_                          _Same_

| Billing Amount Information Below: | Amount Before Discount Program Credit: | Amount of 1 month Discount Program Credit: | Total (1 Month Billing) Amount Due | Date Due: |
|---|---|---|---|---|
| Deposit Amount | NA | NA | $180.00 | 06/20/2016 |
| Re-connect fee | NA | NA | $20.00 | 06/20/2016 |
| Current 1- month billing amount | $ | $ | $ | |
| Past due 1 month billing amount | $ | $ | $ | |
| 2nd Month or more past due amount | NA | NA | $ | |
| Charge off / Write off amount | NA | NA | $ | |
| Additional /other fees due | NA | NA | $ | |
| TOTAL AMOUNT DUE | $ | $ | $200.00 | 06/20/2016 |

NOTES:

_____ **PETERS, JENNIFER L.**
HHID: 17784

_____  _06/20/2016_
Case Manager Signature          Date

MDWID (CAHRA) 000037

 

# UTILITY INFORMATION RELEASE AUTHORIZATION FORM

☐ Arizona Public Service      ☐ UniSource Energy Services

☐ Salt River Project      *Maricopa Domestic Water*      ☐ Trico Electric Cooperative

☐ Tucson Electric Power      ☐ Southwest Gas

By signing this form, I authorize the above named utility provider(s) (indicated by box checked) to release my historical and future utility bills, account information (such as but not limited to name, service address, account number, balance, payment history) and other information concerning or related to energy consumption and costs to any and all of the agencies/persons listed on this form ("Authorized Parties"). This release is granted in connection with my household's request for and/or receipt of assistance from the community agency listed below.

I understand and agree that the utility information released may be compiled and analyzed (both on an individual household and combined basis) by one or more of the Authorized Parties. I further understand and agree that the utility information released, as well as any statistical or other analysis may be released by the Authorized Parties to a third party for reporting purposes related to assistance received, and no information released shall be made public in such a manner that my dwelling or my household occupants can be identified.

I further agree to release and hold harmless the above named utility provider(s) from: (i) any claims, damages, liability or expenses resulting from the use or disclosure of information based on this Authorization; (ii) the unauthorized use or disclosure of the information by any of the Authorized Parties; and (iii) any actions taken by any of the Authorized Parties based on this Authorization.

## AUTHORIZED PARTIES:

Community Agency:

Name of agency determining assistance  **Community Action Human Resources Agency**

Arizona Community Action Association      Arizona Department of Administration, Office of Grants and Federal Resource      Arizona Department of Economic Security

Signature of Account Holder/Customer of Record: _X_____

Print Account Holder/Customer of Record: ___Jennifer Peters_____

Signature of Joint Account Holder/Customer of Record: _____

Print Joint Account Holder/Customer of Record: _____

Service Address: __44957 W Edwards Circle_____ ▮ Maricopa AZ 85138

Account Number: __2130-05-JP_____

Date __06 20 2016_____

15-1607-01  20151001

MDWID (CAHRA) 000038

# UTILITY INFORMATION RELEASE AUTHORIZATION FORM

☐ Arizona Public Service     ☐ UniSource Energy Services

☐ Salt River Project    ☐ Trico Electric Cooperative

☐ Tucson Electric Power    ☐ Southwest Gas

By signing this form, I authorize the above named utility provider(s) (indicated by box checked) to release my historical and future utility bills, account information (such as but not limited to name, service address, account number, balance, payment history) and other information concerning or related to energy consumption and costs to any and all of the agencies/persons listed on this form ("Authorized Parties"). This release is granted in connection with my household's request for and/or receipt of assistance from the community agency listed below.

I understand and agree that the utility information released may be compiled and analyzed (both on an individual household and combined basis) by one or more of the Authorized Parties. I further understand and agree that the utility information released, as well as any statistical or other analysis may be released by the Authorized Parties to a third party for reporting purposes related to assistance received, and no information released shall be made public in such a manner that my dwelling or my household occupants can be identified.

I further agree to release and hold harmless the above named utility provider(s) from: (i) any claims, damages, liability or expenses resulting from the use or disclosure of information based on this Authorization; (ii) the unauthorized use or disclosure of the information by any of the Authorized Parties; and (iii) any actions taken by any of the Authorized Parties based on this Authorization.

## AUTHORIZED PARTIES:

Community Agency:

Name of agency determining assistance __Community Action Human Resources__ Agency

| Arizona Community Action Association | Arizona Department of Administration, Office of Grants and Federal Resource | Arizona Department of Economic Security |
|---|---|---|

Signature of Account Holder/Customer of Record: X _____

Print Account Holder/Customer of Record: ___Jennifer Peters___

Signature of Joint Account Holder/Customer of Record: _____

Print Joint Account Holder/Customer of Record: _____

Service Address: __14957 W Edwards Circle      Maricopa 03__
                                                            __85138__

Account Number: __9001277____

Date __06/20/2016__

LS-1607-01   20151001

MDWID (CAHRA) 000039

**EXHIBIT T**

## **Acknowledgment**

I, Mary Lou Rosales am a representative of CAHRA, and hereby acknowledge and thank Jennifer Peters for reimbursing $200.00 of the funds provided to her in order to obtain utility service.

Date: 2/7/2019                           Signature: Mary Lou Rosales

**EXHIBIT U**

Redacted



**Office: (520) 568-2239**
**Fax: 568-2185**
**Emergency No. (520)251-1896**

**MARICOPA DOMESTIC WATER IMPROVEMENT DISTRICT**
PWS-11-036

**44801 W. Honeycutt Rd.**
**P.O. Box 209**
**Maricopa, AZ  85239-0209**

## PINAL COUNTY PUBLIC HOUSING

Name: Lavila  Pena                                    Telephone: 520
       *Print*

Landlord: Pinal county D of Housing                        Rent: ✓   Own:
          *Name & Telephone*

Service Address: PO BO 45053 W Edwards CR.

City: Maricopa   State: AZ   Zip: 85139

Mail Address: PO Box 1296 Maricopa AZ 85139 -
              *(If different from service address)*

Email: _____  [  ] Please email my bills

Race/ Ethnicity:
White: ☐ Hispanic: ☐African Am.:☐ Am. Indian: ☐Asian/Pacific Islander: ☐Other:_____

### $200.00 Deposit Total for the following: $20.00 Service Fee (Non Refundable) & 180.00 Deposit
*Account is billed on the 1st and is due on the 20th of each month*

**Turn on of Water Service** – Customer, owner or designated representative must be present at time of Water Turn on.
**Agreed Start date:** 12-05-2016 **Time Frame:** Morning

If the customer's valve is determined to be inaccessible or faulty, the meter will be turned off and the customer notified. A new date and time frame must then be set with District staff to turn on services.

[   ] **Waiver of District Responsibility**
No customer, land owner or designated representative will be present during agreed date & time frame of turn on, and therefore the District is released of responsibility for loss of resources or property damage caused by leaks occurring at or after time of turn on. I understand if no one is present at the time of turn on, the field staff will turn on the district service meter without any liability to the district.

**I hereby apply for water service at the address above under the terms and rates approved by the Board of Directors, and agree to pay for same as due.**

Customer Signature: Lavila  Peña Grona        Date: 11-18-16 -

_____

**SERVICE INFORMATION:**
*Copy of Photo ID required. Previous Balance must be Paid in Full at time of new service connection.

Service start date: 12-05-2016      Account #: ____-19-TP
$200.00 Deposit Total in the following:   Cash/Check: _____
Previous Balance: _____             Total Paid: _____

District Signature: _____   Deposit Date: _____

Customer will pay for Deposit on 12/05/2016.

_____

*MDWID is an Equal Opportunity provider and employer*

EXHIBIT # 4
WITNESS _____
MARTY HERDER, CCR 50162

*Confidential*          **Page 1 of 2**                     TP 8

Office: (520) 568-2239
Fax: 568-2185
Emergency No. (520)251-1896


MARICOPA DOMESTIC WATER
IMPROVEMENT DISTRICT
PWS-11-036

44801 W. Honeycutt Rd.
P.O. Box 209
Maricopa, AZ 85239-0209

## TERMS AND CONDITIONS OF SERVICE FOR MARICOPA DOMESTIC WATER IMPROVEMENT DISTRICT

1.       Water furnished to a property by the District shall be used only on the customer's premises and shall not be resold, or diverted to any other premises. During critical water conditions, as determined by the District, the customer shall use water only for those purposes specified by the District. During emergency water conditions, as determined by the District, the customer shall use water only for those purposes specified by the District. Disregard for this section shall be sufficient cause for refusal or termination of water service.

2.       Each land owner/customer shall be responsible for installing & maintaining all facilities on the customer's side of the point of delivery in a safe & efficient manner & in accord with the rules of the AZ D.E.Q. Each customer shall be responsible for safeguarding all District property installed in or on the customer's premises for the purpose of supplying water to that customer. Each customer shall be responsible for payment for any damage to District facilities resulting from that customer's unauthorized breaking of meter seals, or interfering with, tampering with or bypassing the District meter serving that premises.

3.       All bills for water service are due and payable when rendered. Any payment not received within (20) days from the date the water bill was rendered shall be considered delinquent. Failure to receive water bills or notices which have been properly placed in the United States mail shall not prevent such water bills from becoming delinquent nor relieve the customer of his or her obligations therein. If water service is to be re-established within a twelve (12) month period at the same service location for a customer, or for any member of such customer's household, payment of a non-refundable service re-establishment charge is required. In addition, if service was terminated by the District for failure to pay a delinquent balance, then payment of the delinquent balance plus a service reconnection for delinquency charge will also be required. Payment of the applicable charges will be required as a pre-condition to the re-establishment of service and is to be made at the time of application for re-establishment of service.

4.       Each land owner who rents out a home or a business is liable for the delinquent amount left by the former tenant. The District will attempt to contact and collect from the former tenant for a 30 day period. The land owner will then be required to pay the delinquent amount and any fees that apply. New tenants or new owners will not be allowed to start service at the property until any previous balance of the land owner or tenant is paid to the District. The owner is not required to pay an additional deposit for reinstating service in their own name for cleaning or maintaining of the premises. The land owner will be billed a basic service fee and cost of water usage at the regular rate plus tax.

5.       Lien Procedures apply when a service is disconnected for Non-Payment, and the District has attempted to collect for a 30 day period. An interest fee of 1.5% per mo. will apply for accounts 30 days past due. A letter to the Tenant and or Land owner will be sent informing them of the intent to commence Lien Procedures. The Landlords/Property owners are ultimately responsible for the cost of services rendered to their property. When the delinquent amount is not paid after the collection period, a Claim of Lien for Real Property by the District will be submitted to the Pinal County Recorder. The meter will then be locked and no further monthly fees will be accrued on the account. The claim will be released when the delinquent balance is paid in full. New Account Establishment fees will then be required for new land owners or tenants.

6.       The District is allowed to recover a fee, at a rate on file and approved, for each instance where a customer tenders payment for water service with an insufficient funds ("NSF") check. When the District is notified by the bank that there are insufficient funds to cover the check tendered for water service, the District will require the customer to make payment in cash, by money order, certified check, or other means which guarantee the customer's payment to the District. A customer who tenders an NSF check shall in no way be relieved of the obligation to render payment to the District under the original terms of the water bill nor defer the District's provision for termination of water service for nonpayment of water bills.

MDWID is an Equal Opportunity provider and employer
*In accordance with Federal law & U.S. Dept. of Agri. policy, this institution is prohibited from discriminating on race, color, national origin, sex, age or disability.*

*Confidential*

TP 9

**EXHIBIT V**

*Rec'd 8/21/13*

DELINQUENT ACCOUNTS, Service Address:  Edwards Cir., MARICOPA AZ.



$ 24.13 ✳
$ 41.71 ✳
$ 11.17 ✳
$159.12
$105.66
$ 79.43
$184.45
$605.67

✳ PAID OFF BY NEW TENANT, THEIR DECISION. WATER DEPT.
WILL NOT LET NEW CUSTOMER TURN ON SERVICE
WITHOUT PAYING OFF PAST TENANT BALANCE.

Rec'd 2/12/14

DELINQUENT ACCOUNTS, Service Address: Edwards Cir., MARICOPA AZ.

$ 8.17
$ 41.71 ✳
$159.12
$105.66
$ 79.43
$ 64.23 — Mr John Shorey)
$184.45
$642.77

✳ NEW TENANT MOVED IN 1/31/14, IT'S DANA'S UNDERSTANDING THAT SHE PAID OFF PREVIOUS TENANT ACCT OF $ 41.71.

RECEIVED
PINAL COUNTY HOUSING DEPT.
2014 FEB 12  PM 2: 07

PINAL003930



Office: (520) 568-2239
Fax: 568-2185
Emergency No. (520)251-1896

# MARICOPA DOMESTIC WATER
## IMPROVEMENT DISTRICT
PWS-11-036

44301 W. Honeycutt Rd.
P.O. Box 209
Maricopa, AZ   85239-0209

## PINAL COUNTY PUBLIC HOUSING

**Name:** ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮  **Phone:** 520- ▮▮▮▮▮▮
( Print name)

**Service Address:** 44983 W. EDWARDS Circle ▮▮▮▮ 11 MARICOPA AZ 85139

**Mailing Address:** 1046 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 33
( P.O. BOX IS NEE▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**City:** Gilbert

**\*Copy of Photo ID & copy of Pinal County Housing contract**

Angie,
Here's a copy
of the water bill
the new tenant
paid @ 10-2 11B
if you need it
for records ☺☹

**Race/ Ethnicity:**
White:☑ Hispanic:☐ African Am.:☐ Am. Indian:☐ Asian/Pa
Other: _____

$100.00  Deposit Total for the following:
$20.00  Service Fee (Non Refundable)
$80.00  Deposit (*Refundable upon vacating with timely pa
refunds made at Districts discretion. If service is shut off 3x's in
All payments are due on the 20th of each month.*)

I hereby apply for water service at the address above under the te
approved by the Board of Directors, and agree to pay for same as due.

**Signature:** ▮▮▮▮▮▮▮   **Date** 10/29/14

**SERVICE INFORMATION:**

**Service start date** 10-30-14          **Account #** 2130-11 JC.

$100.00  **Deposit Total in the following:**   **Cash/Check** 259.12

159.12
past Bill
100 —
$ 259.12

**District Signa**▮▮▮▮▮▮▮▮   **Deposit Date** 10-29-14

MDWID is an Equal Opportunity provider and employer

aps

**ᗜMESTIC WATER**
**‌ENT DISTRICT**
11-036

44801 W. Honeycutt Rd.
**P.O. Box 209**
**Maricopa, AZ   85239-0209**

*[handwritten note in margin:]*
AAGR
Here is a copy of Mari.
water receipt for the
new tenant @ Turn in your old fridge
Save up to $100 in energy savings
102 07B where FREE pick up
they made him Get a $30 rebate
prior bal.
Learn more at
aps.com/turnitin.

## PUBLIC HOUSING

____   Telephone: (207) ▮▮▮▮

____ R. Apt 7 Email/Correo Electronica: X▮▮▮▮

~~Mail Address/Direccion de Correo:~~ P. O. Box 375

City: Maricopa          State: AZ   Zip Code 85139

**( P.O. BOX IS NEEDED–No postal delivery available at service address)**

Race/ Ethnicity: White:☒ Hispanic:☐ African Am.:☐ Am. Indian:☐ Asian/Pacific Islander:☐
    Other: _____

**Turn on of Water Service** – Customer, owner or designated representative must be present at time of Water Turn on.
        Un representante debe estar presente en el momento de encender el agua.

Agreed Start date: 2/28/2014    Time Frame: _____ .

If the customer's valve is determined to be inaccessible or faulty, the meter will be turned off and the customer notified.
A new date and time frame must then be set with District staff to turn on services.

**$100.00  Deposit Total for the following:**
**$20.00  Service Fee (Non Refundable)**
**$80.00  Deposit** (*Refundable upon vacating with timely payments. If late 4x's within 1 yr., refunds made at Districts discretion. If service is shut off 3x's in 6mo. there is a $80 Service Reinstatement fee.  All payments are due on the 20th each mo.*)

I hereby apply for water service at the address above under the terms and rates approved by the Board of Directors, and agree to pay for same as due.

Signature/F▮▮▮▮▮▮▮▮▮▮▮      Date 2/13/2014

**SERVICE INFORMATION:** *Copy of Photo ID & copy of Pinal County Housing contract required.

Service start date 2-28-14      Account # 2130-CS
**$100.00 Deposit Total in the following:**    Cash/Check
▮▮▮▮▮▮▮▮▮▮
District Signature _____    Deposit Date ~~02-13-14~~ 2-27-14

MDWID is an Equal Opportunity provider and employer

Previous Balance of $64.23 paid by applicant for Acct. 2130-07-GJ
Check #0018451.  MDWID Rep. _Gary Stocker_  Payment Received: 2/27/14

**EXHIBIT W**

# Elizabeth A. Wentz

College of Liberal Arts and Sciences
Arizona State University
Tempe, AZ 85287-6505
wentz@asu.edu

## Education

| | |
|---|---|
| 1997 | Doctor of Philosophy, Geography, Pennsylvania State University |
| 1989 | Master of Arts, Geography, The Ohio State University |
| 1987 | Bachelor of Science with Honors, Mathematics, The Ohio State University |

## Academic Positions

| | |
|---|---|
| 2015 - | Dean of Social Sciences, College of Liberal Arts and Sciences, Arizona State University |
| 2018 - 2019 | Interim Director, School of Transborder Studies, Arizona State University |
| 2015 - | Affiliate Faculty, School for the Future of Innovation in Society, Arizona State University |
| 2014 - 2019 | Associate Director, Institute for Social Science Research, Arizona State University |
| 2013 - 2015 | Director, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2012 - | Professor, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2012 | Visiting Professor, Laboratory of Geographic Information Systems (LASIG), École Polytechnique Fédérale de Lausanne, Switzerland |
| 2010 – 2013 | Associate Director, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2011 - | Graduate Faculty, School of Sustainability, Arizona State University |
| 2004 - 2011 | Associate Professor, School of Geographical Sciences and Urban Planning, Arizona State University |



EXHIBIT # 44
Wentz
5-29-19

| 1997 - 2003 | Assistant Professor, Department of Geography, Arizona State University |
| 1993 - 1997 | Teaching Assistant, Research Assistant, and Instructor, Department of Geography, The Pennsylvania State University |
| 1991 - 1992 | Associate in Research, Organization for Tropical Studies, Duke University |
| 1989 - 1991 | Research Associate, Department of Natural Resources Science, The University of Rhode Island |
| 1988 - 1989 | Research Assistant, Department of Geography, The Ohio State University |
| 1986 - 1988 | College Intern, The Ohio Department of Natural Resources |

## Honors and Awards

| 2019 | ASU's Faculty Women's Association for Outstanding Faculty Mentor Award |
| 2017 | Outstanding Doctoral Mentoring Award, The Graduate College, Arizona State University |
| 2015 - 2016 | Academy for Innovative Higher Education Leadership, Cohort 2 |
| 2015 | Waldo Tobler Lecture for the Geographic Information Systems and Science Specialty Group of the Association of American Geographers |
| 2013 | ASU's Faculty Women's Association for Outstanding Faculty Mentors Award (nominated) |
| 2012 | ASU's Faculty Women's Association for Outstanding Faculty Mentors Award (nominated) |
| 2010 | Leaders Fellow, Office of the Provost, Arizona State University |
| 2000 | Faculty sponsor, College of Liberal Arts and Sciences, Brian Gratton, Professor of History |
| 1997 | Student Paper Award, Auto-Carto 13 |
| | Student Paper Award, Association of American Geographers Geographic Information Systems Specialty Group |
| 1994 - 1995 | Graduate Research Fellowship, Earth Systems Science Center, The Pennsylvania State University |

1994          Student Paper Award, Association of American Geographers Geographic
              Information Systems Specialty Group

1993          Student Travel Award, National Center for Geographical Information and
              Analysis, GIS and Environmental Modeling Conference

1988          Student Travel Award, National Research Council, GIS in Geoscience
              Conference

**Funded Research Proposals**

2018-2023     The Knowledge Exchange for Resilience, Virginia G. Piper Charitable Trust,
              Elizabeth Wentz (PI), $14,500,000

2018 – 2023   NSF ADVANCE grant, Elizabeth Wentz (PI), Monica Gaughan (Co-PI), Lenore
              Dai (Co-PI), Erika Camacho (Co-PI), Philip Regier (co-PI), National Science
              Foundation Award # 1824260, $ 2,999,743

2018-2020     DCL: INCLUDES: Early Stage Empirical Research (EAGER): Data and the Future
              of an Empirically Grounded Research Community for Broadening
              Participation in STEM, Kimberly Scott (PI) and Elizabeth Wentz (co-PI),
              National Science Foundation Award # 1812428, $299,707

2018          Phase I of the SEER Knowledge Exchange: Urban Heat and Utility Assistance,
              Virginia G. Piper Charitable Trust, Elizabeth Wentz (PI), $500,000

2017-2021     Training and Retaining Leaders in STEM – Geospatial Sciences, National Science
              Foundation award to the University of Maine with Kate Beard (PI), Laxmi
              Ramasubramanian (co-PI), Barbara Buttenfield (senior personnel), Sarah
              Battersby (senior personnel), Karen Kemp (senior personnel), and Elizabeth
              Wentz (senior personnel), $358,301

2016-2019     GP-IMPACT: Geoscience-based workforce training and community
              preparedness for natural hazards, with Steven Semken and Patricia Gober,
              National Science Foundation, $481,235.

2015-2018     Synthesis of LCLUC Studies on Urbanization: State of the Art, Gaps in
              Knowledge, and new Directions for Remote Sensing Science, with Karen
              Seto and Burak Güneralp, NASA, 13-LCLUC13-2-0012, 1/1/2015 –
              12/31/2017, $188,196

2013-2015     Innovation in the Measurement of Community Contextual Features. Scott
              Yabiku (PI), with Jennifer Glick, Dirgha Ghimire, and Elizabeth Wentz.

**Page 3 of 28**

1R21HD073758-01A1. National Institute of Child Health and Human Development, 6/15/2013-3/31/2015, $430,853

2012 - 2014    Evaluation of Drought Risks and its Impact on Agricultural Land and Water Use to Support Adaptive Decision-making, Co-PI, National Oceanic and Atmospheric Administration (NOAA), with Soe Myint PI, $285,000

2010 - 2012    International workshop on geospatial solutions to analyze rapid urbanization, PI, NSF, $45,000

2008 - 2012    Advancing watershed N management at the local level: Incorporating stream reach ecosystem N sinks into an environmental spatial decision support system, Co-PI, USDA - CSREES - National Integrated Water Quality Program, $175,000

2006 - 2009    SEI(GEO): Visual Geo-Analytics, Co-PI, NSF, with Peter Wonka (CSE), Anshuman Razdan (DCS) and Elizabeth A. Wentz (Geography). $623,361

2004 - 2011    Decision Center for a Desert City: Science and Policy of Climate Uncertainty, Science member, National Science Foundation, $7,497,949

2004           Monitoring Human-Environment Interactions in a Controlled Landscaping Experiment, Co-PI, College of Liberal Arts and Sciences Multi-investigator grant, $11,000

2004 - 2007    Investigation of Rapid Urbanization Processes Using ASTER, MODIS, and Landsat Data, Co-PI, NASA, $782,225

2002 - 2007    Central Arizona – Phoenix, Long Term Ecological Research (CAP – LTER) Co-PI, National Science Foundation, $819,990, October

2001           Reconstruction of Fire History Patterns in the Greater Phoenix Area, PI, College of Liberal Arts and Science Multi-investigator grant, $16,140

2001           Phoenix: The Im/Migrant Nexus Co-PI, College of Liberal Arts and Science Multi-investigator grant, $14,000

1999           The Arizona 20-20 Challenge, Co-PI, Arizona Office of Tourism, $7,000

1999 - 2001    Dynamics of an Urban Carbon Dioxide Dome, Co-PI, National Science Foundation, $498,367

1999           Development and Testing a Trivariate Shape Measure for use in Geographical Analysis, College of Liberal Arts and Science Travel Grant, Arizona State

University, $830

1998 - 1999    Learning Physical Geography Through Interactive Laboratory Exercises,
               College of Liberal Arts and Science, Arizona State University, $11,631

**Refereed Publications**

Underlined names are graduate student co-authors

2019    Stoker, Philip, Heejun Chang, Britt Crow-Miller, Elizabeth Wentz, Gabrielle
        Jehle, Matthew Bonnett, Building water efficient cities: a comparative analysis
        of how the built environment influences water use in four Western U.S. cities,
        *Journal of the American Planning Association* (accepted).

2018    Wentz, Elizabeth A., Abigail M. York, Marina Alberti, Lindsey Conrow, Heather
        Fischer, Luis Inostroza, Claire Jantz, Steward TA Pickett, Karen C. Seto, and
        Hannes Taubenböck. Six fundamental aspects for conceptualizing
        multidimensional urban form: A spatial mapping perspective. *Landscape and
        Urban Planning* 179: 55-62.

        Shimizu, Melinda, Elizabeth A. Wentz, Joanna Merson, D. Q. Kellogg, and
        Arthur J. Gold. Modeling anthropogenic nitrogen flow for the Niantic River
        catchment in coastal New England. *Landscape Ecology* 33 (8): 1385-1398.

        Wentz, Elizabeth A., and Melinda Shimizu. Measuring spatial data fitness-for-
        use through multiple criteria decision making. *Annals of the American
        Association of Geographers*, 1-18.

        Zhao, Qunshan, David Sailor, and Elizabeth A. Wentz. Impact of Tree Locations
        and Arrangements on Outdoor Microclimates and Human Thermal Comfort in
        an Urban Residential Environment *Urban Forestry & Urban Greening*

        Conrow, Lindsey., Wentz., Elizabeth A., Nelson, Trisalyn., Pettit, Christopher.
        Comparing spatial patterns of crowdsourced and conventional bicycling
        datasets. *Applied Geography* 92C, pp 21-30
        https://doi.org/10.1016/j.apgeog.2018.01.009

2017    Yabiku, Scott T, Jennifer Glick, Elizabeth A. Wentz, Dirgha J. Ghimire, and
        Qunshan Zhao. 2017. Comparing paper and tablet modes of retrospective
        activity space data collection. Survey Research Methods 11 (3): 329-344.

        Chang, Heejun, Matthew Ryan Bonnette, Philip Stoker, Britt Crow-Miller,
        Elizabeth A. Wentz 2017. Determinants of single family residential water use

across scales in four western US cities Science of the Total Environment 596-597: 451-464.

Mack, Elizabeth A., and Elizabeth A. Wentz 2017. Industry variations in the broadband business nexus." *Socio-Economic Planning Sciences* 58: 51-62.

Zhao, Qunshan, Elizabeth A. Wentz, and Alan T. Murray. 2017. Tree shade coverage optimization in an urban residential environment." *Building and Environment* 115: 269-280 **DOI:** 10.1016/j.buildenv.2017.01.036

2016    Wagner, Melissa, Joanna Merson, and Elizabeth A. Wentz. "Design with Nature: Key lessons from McHarg's intrinsic suitability in the wake of Hurricane Sandy." *Landscape and Urban Planning* 155 (2016): 33-46.

Zhao, Qunshan and Elizabeth A. Wentz 2016, A MODIS/ASTER Airborne Simulator (MASTER) Imagery for Urban Heat Island Research, *Data*, *1*(1), 7; doi:10.3390/data1010007

Crow-Miller, Britt, Heejun Chang, Philip Stoker, Elizabeth A. Wentz, 2016, Facilitating Collaborative Urban Water Management through University-Utility Cooperation, *Sustainable Cities and Society* 475-483.

Wentz, Elizabeth A., Sandra Rode, Xiaoxiao Li, Elizabeth M. Tellman, B.L. Turner II, 2016, Impact of Homeowner Association (HOA) Landscape Guidelines on Residential Water Use, *Water Resources Research*

2015    Deitrick, Stephanie and Elizabeth A. Wentz, Developing Implicit Uncertainty Visualization Methods Motivated by Theories in Decision Science, *Annals of the Association of American Geographers,* 105(3), 531-551.

2014    Li, W., Chen, T., Wentz, E. A., & Fan, C., 2014, NMMI: A Mass Compactness Measure for Spatial Pattern Analysis of Areal Features. *Annals of the Association of American Geographers*, *104*(6), 1116-1133.

Wentz, Elizabeth A., Angela J. Wills, Won Kyung Kim, Soe W. Myint, Patricia Gober, and Robert C. Balling Jr., 2014, Factors Influencing Water Consumption in Multifamily Housing in Tempe, Arizona. *The Professional Geographer*, 66(3): 501-510, DOI: 10.1080/00330124.2013.805627

Shimizu, Melinda, Randall S. Cerveny, Elizabeth A. Wentz, and Kevin E. McHugh, 2014, Geographic and Virtual Dissemination of an International Climatic Announcement. *Bulletin of the American Meteorological Society.*

Wentz, Elizabeth A., Sharolyn Anderson , Michail Fragkias , Maik Netzband,

Victor Mesev , Soe W. Myint , Dale Quattrochi , Atiqur Rahman and Karen C. Seto , 2014, Supporting Global Environmental Change Research: A Review of Trends and Knowledge Gaps in Urban Remote Sensing, *Remote Sensing*, 6, 3879-3905; doi:10.3390/rs6053879

2013    Ouyang, Yun, Elizabeth A. Wentz, Benjamin L. Ruddell, Sharon L. Harlan, 2013, A Multi-Scale Analysis of Single-Family Residential Water Use in the Phoenix Metropolitan Area, *Journal of the American Water Resources Association*, DOI: 10.1111/jawr.12133

Myint, Soe W., Elizabeth A. Wentz, Anthony Brazel, Dale Quattrochi, 2013, The impact of human-made features and natural landscapes on urban warming, *Landscape Ecology* 28(5):959-978, DOI: 10.1007/s10980-013-9868-y

Talen, Emily, Eliot Allen, Amanda Bosse, Josh Ahmann, Julia Koschinsky, Elizabeth A. Wentz, and Luc Anselin, 2013, LEED-ND as an Urban Metric, *Landscape and Urban Planning* 119: 20-34 DOI:10.1016/j.landurbplan.2013.06.008

Wentz, Elizabeth A., Angela J. Wills, Won Kyung Kim, Soe W. Myint, Patricia Gober, and Robert C. Balling, Jr., 2013, Factors Influencing Water Consumption in Multifamily Housing in Tempe Arizona, *The Professional Geographer* DOI:10.1080/00330124.2013.805627

2012    Wentz, Elizabeth A., Dale Quattrochi, Maik Netzband and Soe Myint 2012. Synthesizing urban remote sensing through application, scale, data and case studies, *Geocarto International*, DOI:10.1080/10106049.2012.687400

2011    Gober, Patricia, Elizabeth A. Wentz, Timothy Lant, Michael Tschudi, and Craig Kirkwood 2011. WaterSim: A Simulation Model for Urban Water Planning in Phoenix, Arizona, USA *Environmental and Planning B* doi:10.1068/b36075

2010    Wentz, Elizabeth A., Donna J. Peuquet, Sharolyn Anderson  2010. An ensemble approach to space-time interpolation. *International Journal of Geographical Information Science* 24(9): 1309-1325

Garrity, Colleen M., Randall S. Cerveny, and Elizabeth A. Wentz, 2010.  Vertical moisture profile characteristics of severe surface drought and surface wetness in the western United States: 1973-2002. *International Journal of Climatology* 30: 894-900. DOI: 10.1002/joc.1944

Lee, Seung-Jae, Elizabeth A. Wentz, and Patricia Gober 2010. Temporal Geographic Information Systems (TGIS) to Forecast Future Water

Consumption in Phoenix, Arizona *Journal of Stochastic Environmental Research and Risk Assessment* DOI 10.1007/s00477-009-0317-z.

2009   Karnick, Pushpak, David Cline, Anshuman Razdan, Elizabeth A. Wentz, and Peter Wonka 2009. A Shape Grammar for Developing Glyph-based Visualizations, *Computer Graphics Forum* 28(8): 2176-2188

Ruddell, Darren and Elizabeth A. Wentz 2009. Multi-tasking: scale in geography *Compass Geography* DOI: 10.1111/j.1749-8198.2008.00206.x

Yabiku, Scott T., Jennifer E. Glick, Elizabeth A. Wentz, Steven A. Haas, and Li Zhu 2009. Migration, health, and environment in the desert southwest. *Population Environment* 30(4): 131-158.

Harms, Tamara K., Elizabeth A. Wentz, and Nancy B. Grimm 2009. Spatial heterogeneity of denitrification in semi-arid floodplains *Ecosystems* 12 (1): 129-143. DOI: 10.1007/s10021-008-9212-6

2008   Wentz, Elizabeth A., David Nelson, Atiqur Rahman, William L. Stefanov, Shoursaseni Sen Roy 2008. Expert system classification of urban land use/cover for Delhi, India *International Journal of Remote Sensing* 29 (15): 4405-4427.

Williams, Emily A. and Elizabeth A. Wentz 2008. Pattern Analysis based on Type, Orientation, Size, and Shape *Geographical Analysis* 40(2): 97 – 122.

Walker, Jason, Robert C. Balling, Jr. John M. Briggs, Madhusudan Katti, Paige S. Warren, and Elizabeth A. Wentz 2008. Birds of a feather: interpolating distribution patterns of urban birds. *Computers, Environment, and Urban Systems* 32(1): 19-28.

Lee, Seung-Jae and Elizabeth A. Wentz. 2008. Applying Bayesian Maximum Entropy to Extrapolating Local-Scale Water Consumption in Maricopa County, Arizona. *Water Resources Research* 44(1): W01401, doi:10.1029/2007WR006101, 2008.

2007   Myint, Soe, Elizabeth A. Wentz, and Sam Purkis 2007. Is Getis index more effective than spatial autocorrelation in detecting spatial pattern? A case study of an urban land use and land cover mapping. *Photogrammetric Engineering and Remote Sensing* 73(12): 1403-1415.

Wentz, Elizabeth A. and Patricia Gober 2007. Factors Influencing Water Consumption for the City of Phoenix, Arizona, *Water Resources Management* 21(11): 1849-1863.

**Page 8 of 28**

Edsall, Robert M. and Elizabeth A. Wentz 2007. Comparing strategies for active learning in introductory undergraduate geography courses: physical models vs. computer visualization. *Journal of Geography in Higher Education* 31(3): 427-444.

DiBiase, David, Michael DeMers, Ann Johnson, Karen Kemp, Ann Taylor Luck, Brandon Plewe, and Elizabeth Wentz 2007. Introducing the First Edition of Geographic Information Science and Technology Body of Knowledge, *Cartography and Geographic Information Science* 34(2) 113-120.

Keys, Eric, Elizabeth A. Wentz, Charles Redman 2007. The spatial structure of land use from 1970-2000 in the Phoenix, Arizona metropolitan area. *Professional Geographer* 59(1): 131-147.

2006    Wentz, Elizabeth A. 2006. Cognitive models of space *Encyclopedia of Human Geography*, Barney Warf (ed), Sage Publications, Inc, p 44-46

Wentz, Elizabeth A., William Stefanov, Corinna Gries, Diane Hope 2006. A comparison of land use and land cover mapping approaches in an arid urban environment. *Computers, Environment, and Urban Systems* 30(3): 320-346.

2004    Koerner, Brenda, Elizabeth A. Wentz, and Robert Balling, Jr. 2004. Projected carbon dioxide ($CO_2$) for the year 2020 in Phoenix, Arizona. *Environmental Management* 33 Supplement: S222-S228.

2003    Miller, Harvey and Elizabeth A. Wentz 2003. Geographic Representation in Geographic Information Systems and Spatial Analysis. *Annals of the Association of American Geographers* 93(3) 574-594.

Wentz, Elizabeth A., Aimee F. Campbell, Robert Houston 2003. Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys. *International Journal of Geographical Information Science* 17(7): 623 – 645.

2002    Day, Thomas A., Patricia Gober, Fusheng S. Xiong, and Elizabeth A. Wentz 2002. Temporal patterns in near-surface CO2 concentrations over contrasting vegetation types in the Phoenix metropolitan area. *Agricultural and Forest Meteorology* 110(3): 229-245.

Wentz, Elizabeth A., Patricia Gober, Robert C. Balling, Jr., Thomas Day 2002. Spatial Patterns and Determinants of Carbon Dioxide in an Urban Environment *The Annals of the Association of American Geographers*

92(1): 15-28.

2001        Wentz, Elizabeth A., Brandon J. Vogt, and Michael Kuby 2001. Use of geographic information systems for extraction of peak and canyon locations in the State of Arizona. *Cartography and Geographic Information Science*. 28(4): 259-271.

Kuby, Michael, Elizabeth A. Wentz, Brandon J. Vogt, and Randall Virden 2001. The Arizona 20-20 Challenge. *Tourism Geographies*. 3(4):454-473.

Wentz, Elizabeth A. and Barbara Trapido-Lurie 2001. Structured Internships in Geographic Information Science Education. *Journal of Geography* 100(4): 140-144.

2000        Wentz, Elizabeth A. 2000. Development and Testing of a Trivariate Shape Measure for Geographic Analysis *Geographical Analysis* 32(2): 95-112.

1999        Wentz, Elizabeth A., JoAnn C. Vendor, and Cynthia A Brewer 1999. An Evaluation of Teaching Introductory Geography using Computer-based Tools. *Journal of Geography in Higher Education* 23(2) 167-179.

## Book

2013        Wentz, Elizabeth A. 2013. How to design and write a dissertation research proposal. Sage Publications

## Edited Books

2017        Quattrochi, Dale A., Elizabeth Wentz, Nina Siu-Ngan Lam, and Charles W. Emerson, eds. *Integrating Scale in Remote Sensing and GIS*. CRC Press, 2017.

2006        DiBiase, D., M. DeMers, A. Johnson, K. Kemp, A. Luck, B. Plewe, and E. Wentz, (editors), 2006. *Geographic Information Science and Technology Body of Knowledge,* 1st Ed. University Consortium for Geographic Information Science. Washington, DC: Association of American Geographers.

2005        Moeller, Matthias and Elizabeth A. Wentz (editors) 2005. *Proceedings of the ISPRS WG VII/I "Human Settlements and Impact Analysis" 3rd International Symposium Remote Sensing and Data Fusion Over Urban Areas (URBAN 2005) and 5th International Symposium Remote Sensing of Urban Areas (URS 2005).* The International Archives of the Photogrammetry, Remote Sensing and Spatial Information Sciences. March 14-16, 2005, Tempe, Arizona, USA

## Refereed Book Chapters and Conference Proceedings

2018 and
2019
Chapters with Pettit

2016
Myint, S.W., Mesev, V., Quattrochi, D. and Wentz, E.A. 2016. Urban image classification: per-pixel classifiers, sub-pixel analysis, object-based image analysis, and geospatial methods. In P. Thenkabil (Ed) Remotely Sensed Data Characterization, Classification, and Accuracies. Boca Raton: Taylor & Francis, 219–230

2015
Wentz, Elizabeth A. and Qunshan Zhao, Assessing Validation Methods for Building Identification and Extraction, *Joint Urban Remote Sensing Event* (JURSE), Lausanne Switzerland

2012
Larson, Kelli L., Dorothy C. Ibes, and Elizabeth A. Wentz.  Identifying the water conservation potential of neighborhoods in Phoenix, AZ: an integrated socio-spatial approach.  In *Geospatial Approaches to Urban Water Resources.*  Ed., P. Lawrence.  Springer Series Geotechnologies and the Environment: Planning and Socioeconomic Applications, 39 pp.

2009
Elizabeth A. Wentz, William L. Stefanov, Matthias Möller, Maik Netzband, and Anthony Brazel 2009. The Urban Environmental Modeling (UEM) Project 100 Cities: the legacy of the first phase and next steps. Global Mapping of Human Settlement: Experiences, Data sets, and Prospects. P. Gamba and M. Herold (editors) Taylor & Francis

1994
Peuquet, Donna J. and Elizabeth A. Wentz 1994. An Approach for Time-Based Analysis of Spatiotemporal Data, *Advances in GIS Research* 1:489-504.

### Non-refereed Publications

2017
Wentz, Elizabeth A., Britt Crow-Miller, Heejun Chang, and Philip Stoker, Moving beyond the case study to understand how and why cities function, *Parameters*, Social Science Research Council, August 23, 2017.

2013
Arnold, C., D. Kellogg, K. Forshay, C. Damon, E. Wilson, A. Gold, E. Wentz, and M. Shimizu. Tracking the fate of watershed nitrogen: The "N-Sink" Web Tool and Two Case Studies. U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-13/230, 2013.

2011
Wentz, Elizabeth A., Karen Seto, Maik Netzband, Michail Fragkais, Soe Myint, Urban Remote Sensing (URS) and Forecasting Urban Landuse (FORE) workshops: common ground and targeted opportunities, *Viewpoints VI*

**Page 11 of 28**

Dell'Acqua, Fabio, Elizabeth A. Wentz, Soe Myint and Maik Netzband, Urban areas: states-of-the-art in remote sensing and forecasting growth meet in a joint workshop at Arizona State University, *Earthzine*, *http://www.earthzine.org/2011/09/30/understanding-the-drivers-and-consequences-of-global-urbanization-using-emerging-remote-sensing-technologies/*

2009        Wentz, Elizabeth A. 2009. Harvey J. Miller in *Encyclopedia of Geography*, Barney Warf (ed). Sage Publications, Inc.

2007        Ruddell, Darren and Elizabeth A. Wentz 2007. Scale; Population; and Spatial Analysis: A Methodological Investigation, *Proceedings of the 15th ACM International Symposium on Advances in Geographic Information Systems (ACM GIS 2007)*, Seattle WA, November 2007.

              Wentz, Elizabeth A. 2007. Structural Analysis of Land Use Pattern in Delhi India. Proceedings for the 32nd International Symposium on Remote Sensing of Environment. Sustainable Development Through Global Earth Observations, June 25 – 29, 2007, San Jose, Costa Rica

2005        Netzband, Maik, Elizabeth A. Wentz, and Atiqur Rahman 2005. Urban land cover and spatial variation observation using satellite image data – the urban environmental monitoring project. Proceedings of the XXVIIIth URSI General Assembly, New Delhi India, October 2005.

              Cole, Christopher, Elizabeth Wentz and Philip Christensen 2005. Expert system approach for classifying land cover in New Delhi India using ASTER imagery. *Proceedings of the ISPRS WG VII/I "Human Settlements and Impact Analysis" 3rd International Symposium Remote Sensing and Data Fusion Over Urban Areas (URBAN 2005) and 5th International Symposium Remote Sensing of Urban Areas (URS 2005)*. The International Archives of the Photogrammetry, Remote Sensing and Spatial Information Sciences. March 14-16, 2005, Tempe, Arizona, USA

2003        Wentz, Elizabeth A. 2003. Review of Modelling Scale in Geographical Information Science, N. Tate and Atkinson (eds) *Geographical Analysis* 35(2):177-178.

2002        Wentz, Elizabeth A. 2002. Review of Getting Started with Geographic Information Systems Third Edition Keith Clarke *International Journal of Geographical Information Science 16(2): 204-205.*

2001        Wentz, Elizabeth, Sharolyn Anderson, William L. Stefanov, and John Briggs

**Page 12 of 28**

2001. Desert Fire History and Effects on the Phoenix, Arizona, Metropolitan Area. IEEE/ISPRS Joint Workshop on Remote Sensing and Data Fusion over Urban Areas, University of Rome La Sapienza, November 8-9, 2001, 154-158.

2000  Hepner, George, Carolyn Merry, Dawn Wright, Elizabeth Wentz, Sharolyn Anderson, Amy Budge 2000. Remotely Acquired Data and Information in GIScience. UCGIS Research Initiative.

1999  Burns, Elizabeth K. and Elizabeth A. Wentz 1999. Progress Toward Integrating Spatial Technologies for Urban Infrastructure Management ACSM Proceedings.

1998  Wentz, Elizabeth A. and Joseph A. Bishop 1998. Geographic Information System and Database Management at a Tropical Rainforest Research Station Republished in *GIS Methodologies for Developing Conservation Strategies*, 1998, Basil G. Savitsky and Thomas E. Lacher Jr. (eds), Columbia University Press, New York, 83-95

1997  Brewer, Cynthia A. and Elizabeth A. Wentz 1997. A Simplified GIS Interface for Learning Introductory Geomorphology, *Geocal*, 16: 6-10.

Wentz, Elizabeth A. 1997. Shape Analysis and GIS. *Auto-Carto* 13, 204-213.

1996  Wentz, Elizabeth A. 1996. Book review of *Innovations in GIS* Michael F. Worboys (ed.) 1994. In *Annals of the Association of American Geographers* 86:376-377.

1995  Wentz, Elizabeth A. and Joseph A. Bishop 1995. Geographic Information System and Database Management at a Tropical Rainforest Research Station. *Biology International* 30:10-19.

1993  Campbell, Aimee F. and Elizabeth A. Wentz 1993. Monkeying Around with ARC/INFO: GIS Methods in the Study of Primate Ecology and Conservation, *ARCNews* Redlands, CA: Environmental Systems Research Institute, Inc. Reprinted in *Liana* Durham, NC: Organization for Tropical Studies.

Wentz, Elizabeth A. and Marco Vinicio Castro Campos 1993. Management of Research Areas at a Biological Field Station, in *Proceedings of the Thirteenth Annual ESRI User Conference*, Redlands, CA: Environmental Systems Research Institute, Inc., Vol. 1, 303-314.

1992  Castro Campos, Marco Vinicio and Elizabeth A. Bishop (Wentz) 1992.

Geographic Information Systems in Tropical Rain Forest Research, in *ARC/INFO Maps 1992*, Redlands, CA: Environmental Systems Research Institute, Inc., 75.

1991        Hale, Stephen and Elizabeth (Wentz) Bishop 1991.  Managing an Estuarine Data Base with DBMS and a GIS, in *RIGIS News*.

Smith, Suzanne and Elizabeth (Wentz) Bishop 1991. ARC/INFO and the Mac, *RIGIS News*.

Bishop (Wentz), Elizabeth A. 1991. The World Prodigy Oil Spill, Rhode Island, in *ARC/INFO Maps 1990,* 58.

1990        August, Peter, Stephen Hale, Elizabeth A. (Wentz) Bishop and Eric Sheffer 1990. The Contributions of GIS Technology to Environmental Disaster Management - A Case Study of the World Prodigy Oil Spill, Rhode Island, in *Proceedings, Oil Spills Management and Legislative Implications,* edited by Malcolm L. Spaulding and Mark Reed, 366-374. Newport, RI: American Society of Civil Engineers. Reprinted in *Proceedings NCGS '90,* 91-98. Houston, TX.

1989        Marble, Duane F. and Elizabeth A. Wentz 1989. Standardized Benchmarks for Geographic Information Systems: A Progress Report, in *ARC/INFO User Conference Proceedings:* Redlands, CA: Environmental Systems Research Institute, Inc., 1-10.

## Journal Editor

2010 - 2011   *Geographical Analysis,* Guest editor for a Special Issue on Water
2006 - 2009   *Geography Compass,* GIS section editor

## Editorial Board

2016-         *Urban Science*
2013 –        *The AAG Review of Books*
2012 - 2017   *Transactions in GIS*
2009 -        *International Regional Science Review*
2003 –        *Geographical Analysis,* Associate Editor

## Journal Reviewer

2015          *Environmental Monitoring and Assessment*
2013          *Remote Sensing*
2012          *Water Policy*

| | |
|---|---|
| 2011 | Landscape and Urban Planning |
| | Environment and Planning B |
| 2010 | Water Resources Research |
| 2009 | Journal of the American Water Resources Association |
| | Physical Geography |
| 2008 | Environmental Management |
| | The Canadian Geographer |
| | Obesity |
| | Land Use Policy |
| | Geoinfomatica |
| | Water Resources Management |
| 2006 | Geographical Review |
| | Computers and Geosciences |
| | International Journal of Climatology |
| | Transactions in GIS |
| 2005 | Regional Environmental Change |
| | Ecology and Society |
| | Cartography and Geographic Information Science |
| 2004 | Urban Ecosystems |
| 2003 | International Journal of Remote Sensing |
| | The Professional Geographer |
| | The Annals of the Association of American Geographers |
| | Computers, Environment, and Urban Systems |
| 2001 | Journal of Geographical Systems |
| 2000 | Geographical Analysis |
| | IEEE Computer Society Transaction on Knowledge and Data Engineering |
| 1999 | International Journal of Geographical Information Science |

## Invited Panel

2016    Presidential Plenary, Disruptive Forces in Higher Education (Member) The Association of American Geographers, San Francisco CA

GIS Specialty Group, Panel on Space Time Analysis (Member), The Association of American Geographers, San Francisco CA

2015    Research Panel, University Consortium for Geographical Information Science, Symposium, Arlington VA

## Invited Research Presentations

2019    Knowledge Exchange for Resilience: A Case for Science to Solutions, Department of Geography, Pennsylvania State University

| | |
|---|---|
| 2018 | Science to Solutions through a Knowledge Exchange, Pacific Ridge to Reef, Hilo, Hawaii |
| 2016 | Impact of Homeowner Association (HOA) Landscaping Guidelines on Residential Water Use, Department of Geography, University of Arizona |
| 2015 | Untangling urban water demand through the lens of GIScience, Association of American Geographers, The Waldo Tobler Distinguished Lecture, Geographic Information Systems and Science Specialty Group |
| | Scale issues in urban water demand, Portland State University Department of Geography, Portland, Oregon |
| 2013 | Buildings and Trees, Salt River Project Sustainability and Innovation, Phoenix, Arizona |
| 2012 | Urban adaptation to climate change: water and energy in a desert city, Laboratory of Geographic Information Systems (LASIG), École Polytechnique Fédérale de Lausanne, Switzerland |
| | Urban environmental tradeoffs: water and energy in a desert city, Department of Geography, University of Zurich |
| 2011 | Urban Remote Sensing Workshop Outcomes, Department of Atmospheric Sciences, University of Alabama and NASA, Huntsville AL |
| | Urban Remote Sensing – Theory and Practice, School of Forestry and Environmental Studies, Yale University |
| | Urban Remote Sensing – Land use classification, Department of Geography and Planning, University of Saskatchewan, Canada |
| 2010 | Computational spatial analysis techniques for better understanding urban water demand, Department of Geography, Rutgers University |
| | The Urban Environmental Monitoring Project: 100 cities School of Geographical Sciences and Urban Planning, Arizona State University |
| 2009 | Computational spatial analysis techniques for better understanding urban water demand, Department of Geography, University of California – Los Angeles |

2008     Geographic pattern analysis: an exploration of methodological, applied, and theoretical problems, Department of Geography, University of Texas – Austin

Geographic pattern analysis: an exploration of methodological, applied, and theoretical problems, School of Human Evolution and Social Change, Arizona State University

The Urban Environmental Monitoring Project: 100 cities Department of Geography, University of Mexico

The Urban Environmental Monitoring Project: 100 cities Department of Geography, Florida State University

2007     Geographic pattern analysis: an exploration of methodological, applied, and theoretical problems Department of Geography, University of Arizona

2006     Factors Influencing Residential Water Consumption, Decision Center for a Desert City Water Briefing, Arizona State University

2004     Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys, Cognitive Systems and Behavior Seminar Series, Arizona State University

2003     Atmospheric Carbon Dioxide in an Urban Environment Department of Geological Sciences, Arizona State University

2002     GIS Research Opportunities in Health, Department of Exercise and Wellness, Arizona State University East

2001     Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys, Department of Geography, University of Colorado – Boulder

Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys, Department of Geology, University of Mississippi, Oxford, MS

Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys, Cognitive Systems and Behavior Seminar Series, Department of Environmental Fluid Dynamics, Arizona State University

2000     GIS research and teaching from a North American perspective,

Department of Geography, University of Oslo, Norway

1999     Development of techniques for spatio-temporal data interpolation, Department of Geography, University of Utrecht, The Netherlands

Shape Analysis and GIS, Department of Geography, University of Utah

1998     Shape Analysis and GIS, Department of Fluid Dynamics, Arizona State University          November 1998

Shape Analysis and GIS, Department of Geography, University of Arizona

1990     Exploring Pattern in Complex Multidimensional Environmental Datasets, Department of Natural Resources Science, University of Rhode Island

GIS and Environmental Disaster Management: *World Prodigy* Oil Spill, Department of Geography, The Ohio State University

GIS and Environmental Disaster Management: *World Prodigy* Oil Spill, Emergency Response Workshop, Innovative Emergency Management, Inc.

## Conference Presentations

2017     Stoker, P., Chang, H., Wentz, E., Crow-Miller, B., Bonnette, M., Jehle, G. Building water efficient cities. Association of Collegiate Schools of Planning. Denver, CO.

2015     Assessing Tropical Storm Vulnerability in an Inland Desert: A Case Study of the 2014 Flash Flood Events in Phoenix, Arizona, Association of American Geographers, Chicago IL, with Melissa Wagner and Scott Kelley

2013     Small area urban environmental indicators of energy-water dynamics in a desert city, Association of American Geographers, Los Angeles CA, with Chao Fan

2011     Space-time interpolation of land cover for Phoenix Arizona, Association of American Geographers, Seattle WA, with Sharolyn Anderson and Donna Peuquet

Panel in honor of Dr. Duane Marble, Association of American Geographers, Sponsored by AAG, Geographic Information Science and Systems Specialty Group, Spatial Analysis and Modeling Specialty Group, Esri and University Consortium for Geographic Information Science, organized with May Yuan

**Page 18 of 28**

| | |
|---|---|
| 2010 | The impact of detailed land-cover categories on urban warming American Society for Photogrammetry and Remote Sensing (ASPRS) Soe Myint (presenter) and Anthony Brazel |
| | Outdoor water consumption and the impact on the urban heat island in Phoenix Arizona Association of American Geographers |
| 2008 | Geographic pattern analysis: an exploration of applied, methodological, and theoretical problems Association of American Geographers |
| | Migration, Health, and Environment in the Desert Southwest, Yabiku, Scott T., Jennifer E. Glick, Steven Haas, and Lu Zhu, Population Association of America |
| | The interface between cartography and remote sensing, Robert Edsall and Aileen Buckley, American Association for Photogrammetry and Remote Sensing (ASPRS) |
| 2007 | The fractal dimension of land use and land cover in Phoenix, Arizona American Society for Photogrammetry and Remote Sensing (ASPRS) Southwest Region Technical Meeting, Sharolyn Anderson and Claudio Delriux |
| 2006 | Factors Influencing Water Consumption for the City of Phoenix, Arizona, Association of American Geographers |
| 2004 | Polygon Pattern Analysis based on Type, Orientation, Shape, and Size, GIScience |
| 2003 | Projected carbon dioxide ($CO_2$) for the year 2020 in Phoenix, Arizona, Association of American Geographers |
| 2002 | Science Model Curriculum and the ASU Curriculum, University Consortium for Geographic Information |
| | Science Model Curriculum and the ASU Curriculum, Arizona Geographic Information Council Annual Meeting |
| 2002 | GIS Applications for Open Space Planning and Acquisition, APRA Open Space Conference |
| 2001 | Desert Fire History and Effects on the Phoenix, Arizona, Metropolitan Area, IEEE/ISPRS Joint Workshop on Remote Sensing and Data Fusion over Urban Areas, University of Rome La Sapienza. |

|  | Spatial Patterns and Determinants of Carbon Dioxide in an Urban Environment, Association of American Geographers |
|---|---|
| 2000 | Implementing and testing two methods of spatio-temporal data interpolation applied to tracking the movement of monkeys, GIScience |
| 1999 | The Role of Internships in GIS Education, Association of American Geographers |
|  | Teaching Concepts of Physical Geography with GIS-based tools, Association of American Geographers |
| 1998 | Challenges in GIS Education, Arizona Pacific Coast Geographers Annual Meeting |
|  | Challenges in GIS Education, Arizona Geographic Information Council (AGIC) Annual Meeting                              August 1998 |
|  | Teaching Concepts of Physical Geography with GIS-based tools, Geographic Alliance GeoFest |
|  | GIS User Interface Design for Applications in Archaeology, Association of American Geographers |
| 1997 | Shape Analysis and GIS, Auto-Carto 13, Seattle, Washington |
|  | Advancing the Analytical Capabilities of GIS, Association of American Geographers |
|  | Student Use of Simplified GIS Interface for Learning Introductory Geomorphology, Association of American Geographers, Cynthia Brewer and JoAnn Vender |
| 1994 | An Approach for Time-Based Analysis of Spatiotemporal Data, Sixth International Symposium on Spatial Data Handling, Donna Peuquet |
|  | Space, Shape, and Time: The shape of things to come, Association of American Geographers |
| 1992 | GIS and Research in Tropical Biology, International Union of Biological Sciences, La Selva, Costa Rica |
| 1990 | GIS and Research in Tropical Biology, Organization of Biological Field Stations, |

**Page 20 of 28**

La Selva, Costa Rica

GIS and Environmental Disaster Management: *World Prodigy* Oil Spill, National Computer Graphics Association

GIS and Management of the Narragansett Bay American Society for Photogrammetry and Remote Sensing (ASPRS) New England Chapter

### Poster Presentations

2019

655 Developing Utility Assistance Community Resilience Networks in Maricopa County
**Wei Luo**, *Arizona State Univ., Tempe, AZ; and Q. Zhao, H. Fischer, P. Solis, and E. Wentz*

650 Community Resilience in Maricopa County, Arizona, USA: The Analysis of Indoor Heat-Related Death and Urban Thermal Environment
**Qunshan Zhao**, *Arizona State Univ., Tempe, AZ; and H. Fischer, W. Luo, P. Solis, and E. Wentz*

651 Mapping Heat Vulnerability in Maricopa County, Arizona, with the HeatMappers Volunteer Science Program
**Grace Valandra**, *Xavier College Preparatory, Phoenix, AZ; and H. Fischer, P. Solis, Q. Zhao, E. Wentz, and C. Higgins*

652 ActivityLog-HeatMappers: A Novel Research Data Collection Tool for Logging Activities, Locations, and Environment Data
**Ziqi Li**, *Arizona State Univ., Tempe, AZ; and Q. Zhao, H. Fischer, P. Solis, and E. Wentz*

655 Developing Utility Assistance Community Resilience Networks in Maricopa County
**Wei Luo**, *Arizona State Univ., Tempe, AZ; and Q. Zhao, H. Fischer, P. Solis, and E. Wentz*

2014

Hurricane Sandy through the Lens of Ian McHarg, Association of Collegiate Schools of Planning , October 2014, with Melissa Wagner

Investigating the Impact of Homeowner Association Landscape Guidelines on Residential Water Use, CAP LTER, with Sandra Rode, Elizabeth A. Wentz, Xiaoxiao Li, Billie L. Turner II

2011

Classifying Urban Land cover using Spatial Weights: A Comparison of Discriminant Analysis and Markov Random Fields, American Geophysical Union annual meeting, December 2011, with Yang Song

| 2008 | The Use of GIS as a Decision-Support Tool by Water Managers in Phoenix, Arizona, Arizona State University CAP – LTER, with J. Howard, K. Larson, and D. White |
|------|---|
| | Spatial Extrapolation Mapping Based on Aggregated Data: Countywide Extrapolation of Phoenix Water Use Data Arizona State University CAP – LTER, with S. J. Lee |
| 2008 | Temporal Geographic Information Systems (TGIS) to Forecast Future Water Consumption in Phoenix, Arizona Arizona State University CAP – LTER, with S.J. Lee, and P. Gober |
| 2007 | Scale; Population; and Spatial Analysis: A Methodological Investigation 15th ACM International Symposium on Advances in Geographic Information Systems, with Darren Ruddell |
| | Structural Analysis of Land Use Pattern in Delhi India Symposium on Remote Sensing of Environmental Sustainable Development Through Global Earth Observations San Jose, Costa Rica |
| 2006 | Defining pattern for data mining and spatial data analysis, Auto-carto |
| | A spatial decision support tool for regional water managers: scenarios for predicting residential water consumption Decision Support Systems Symposium |
| | Classifying land cover in New Delhi India using ASTER imagery, Annual Meeting of the Association of American Geographers |
| | Factors Influencing Water Consumption for the City of Phoenix, Arizona , Arizona State University CAP-LTER |
| 2005 | Expert system approach for classifying land cover in New Delhi India using ASTER imagery 3rd International Symposium Remote Sensing and Data Fusion Over Urban Areas (URBAN 2005) and 5th International Symposium Remote Sensing of Urban Areas (URS 2005) |
| 2002 | Desert Fire History and Effects on the Phoenix, Arizona, Metropolitan Area Arizona State University CAP-LTER |
| 2000 | Use of geographic information systems for extracting peaks and canyons, Annual meeting of the Association of American Geographers |

**Page 22 of 28**

1998        Progress toward Integrating Spatial Technologies for Urban Infrastructure
            Management, Arizona Geographic Information Council Annual
            Conference, Arizona State University

### International and National Service Activities

2015 -      Proposal reviewer for Austrian Science Fund

2014-2015   Technical Committee for the Joint Urban Remote Sensing Event 2015 (JURSE)
            in Lausanne Switzerland

2014-2017   Executive Committee of the University Consortium for Geographic Information
            Science (Present-Elect, President, Past-President)

2013 -      Board of Trustees, Marble Fund, Association of American Geographers (AAG)

2012 - 2013 Scientific committee, Joint Workshop on Remote Sensing and Data Fusion over
            Urban Areas (URBAN) and the Workshop on Remote Sensing of Urban
            and Suburban Areas' (URS), Sao Paulo, Brazil, 2013

2012 - 2015 National council member, Chair of the National Councilors (2013-2015),
            Association of American Geographers (AAG)

2012        Scientific review committee, Open Geospatial Research and Education
            Symposium, 2012, Yverdon-les-Bains, Switzerland

2011        Program committee, Space-time Symposium, Association of American
            Geographers (AAG)

            Proposal review, Israeli Science Foundation

2010        Proposal review, Water Resources Research Institute

            Proposal review, National Institutes of Health (NIH)

2010 - 2011 Program committee, Joint Urban Remote Sensing Event (JURSE), Munich,
            Germany

2009        Program review, Department of Geography, Rowan University

2009 - 2011 Regional director, Southwest Region of the American Society of
            Photogrammetry and Remote Sensing (ASPRS)

2008        Nominating committee, Association of American Geographers (AAG)

| | |
|---|---|
| 2008 - | Program committee, Association for Computing Machinery, International Symposium on Advances in Geographic Information Systems (SIG SPATIAL) |
| 2008 - 2013 | Chair of the review committee, Marble-Boyle Undergraduate Award, Association of American Geographers |
| 2008 | Student chapter liaison, American Society of Photogrammetry and Remote Sensing |
| 2007 - 2008 | Conference planning committee, Auto-Carto |
| 2005 - 2008 | Board member, Cartography and Geographic Information Society |
| 2005 - 2008 | Vice chair, Chair, Past chair, Association of American Geographers Geographic Information Systems and Science Specialty Group |
| 2004 - 2006 | GIS Education Services, Board of Directors |
| 2004 - 2005 | Secretary, University Consortium for Geographic Information Science |
| 2003 - | Proposal reviewer, National Science Foundation (NSF) |
| 1999 | Board member, Board member for *Discovering Geographic Knowledge in Data-Rich Environments*, NCGIA-Varenius Specialist Meeting |
| 1998 - 2008 | Member, GIS Core Curriculum Group, University Consortium for Geographic Information Science (UCGIS) |
| 1998 | Reviewer for Thirty-Second Annual Hawai'i International, Conference on System Sciences Minitrack on "GIS and Decision Support" |
| 1993 - 1994 | Graduate student representative, Association of American Geographers, Geographic Information Systems Specialty Group |

## University Service

| | |
|---|---|
| 2017 - | ASU representative, Social Science Research Council (SSRC) |
| 2016 - | Chair, PLuS Alliance fellows, ASU |
| 2014 -2015 | Member, College of Liberal Arts and Sciences Dean's Advisory Council |

| 2014 - 2016 | Member, ASU Bicycle Advisory Committee |
|---|---|
| 2014 | Committee member, Search committee for the Dean of the College of Liberal Arts and Sciences, Arizona State University |
| 2010 - 2011 | Interim Director, Master of Advanced Study in Geographic Information Systems, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2007 - 2014 | Undergraduate advising, Decision Center for a Desert City |
| 2008 - | Executive Committee, GeoDa Center, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2009 - 2010 | Executive Committee, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2008 | Proposal Reviewer, Institute For Social Science Research, College of Liberal Arts and Sciences, Arizona State University |
| 2007 - 2008 | Search Committee Member, University Library Geospatial Data Analyst, Arizona State University |
| 2007 - | Executive Committee, Information Science Certificate, Arizona State University |
| 2007 - 2011 | Faculty Mentor, Prof. Kelli Larson, Arizona State University |
| 2006 - 2007 | Director, Transdisciplinary Center for GIScience, School of Geographical Sciences, Arizona State University |
| 2006 - | Director, Geographic Information Science Graduate Certificate, Arizona State University |
| 2005 - 2006 | Faculty Mentor, Prof. Markus Janssen, Arizona State University |
| 2004 - 2009 | Executive Committee, Decision Center for a Desert City, Arizona State University |
| 2004 - 2009 | Faculty Sponsor, Supporting Women in Geography, School of Geographical Sciences and Urban Planning, Arizona State University |
| 2002 - | Executive Committee, Geographic Information Science Graduate Certificate, Arizona State University |
| 1988 - 1989 | Graduate Student Representative, Department of Geography, The Ohio State |

**Page 25 of 28**

University

## Graduate Student Committee Chair

| In progress | Elisha Charley, PhD |
| | Jonathan Davis, PhD, co-chair with David Pijawka |
| 2018 | Lindsey Conrow, PhD |
| 2017 | Qunshan Zhao, PhD |
| | Heather Fisher, PhD |
| 2014 | Melinda Shimizu, PhD |
| 2013 | Yun Ouyang, PhD. School of Sustainability, co-chair with Benjamin Ruddell |
| | Joanna Merson, MA |
| | Stephanie Deitrick, PhD |
| 2012 | David Nelson, MA |
| 2011 | Won Kyung Kim, PhD |
| 2010 | Yang Song, MA |
| | Angela Wills, MA |
| | Scott Brown, MA |
| 2009 | Darren Ruddell, PhD |
| | Jillian Elder, MA |
| 2008 | Jamie Patterson, MA |
| | Jason Howard, MA |
| 2007 | Colleen Garrity, PhD co-chair with Randall Cerveny |
| | Shea Lemar, MA |
| | Andrew Burnett, MA |
| 2004 | Emily Atwood, MA |
| 2003 | Jennifer McCulley, GIS graduate certificate |
| 2002 | Sharolyn Anderson, PhD |
| | Karen Blevins, MA |
| | Seth Paine, MA |
| 2001 | Corene Matayas, MA, co-chair with Randall Cerveny |

## Graduate Student Committee Member

| In progress | Oscar Lopez, PhD |
| | Melissa Wagner, PhD, Matei Georgescu chair |
| | Jordan Smith, PhD, Billie Turner chair |
| | Rachel Beard, PhD, Biomedical Informatics, Matthew Scotch chair |
| 2016 | Lauren Gentile, PhD, Environmental Social Science, Bob Bolin chair |
| 2015 | Scott Kelley, PhD, Michael Kuby chair |
| 2014 | Jenna Nash, MUEP, Deirdre Pfeiffer |
| | Liyuan Liu, MUEP, Aaron Golub chair |
| | Jennifer Carlson, MA, Janet Franklin chair |
| 2013 | Myung-Hwa Hwang, PhD, Luc Anselin chair |

**Page 26 of 28**

| 2012 | Elyssa Gutbrod, PhD, Ronald Dorn chair |
| | Yin Liu, PhD, Alan Murray chair |
| 2011 | Melissa Wagner, MA, Randall Cerveny and Soe Myint co-chairs |
| | Angelika Kizior, MUEP, Aaron Golub chair |
| 2010 | Brent Hedquist, PhD, Anthony Brazel chair |
| | Jong-Geun Kim, PhD, Michael Kuby chair |
| 2009 | Nayoung Ryu, MA, Breandan O hUallachain chair |
| 2008 | Robert Pahle, PhD Architecture, Feliz Ozel chair |
| | Sarah Boyle, PhD Biology, Andrew Smith chair |
| | Jason Kelley, MA, Michael Kuby chair |
| | Jared Underwood, PhD, Biology, Leah Gerber chair |
| 2007 | Carol Atkinson-Palombo, PhD, Patricia Gober chair |
| | Patrick Whelley, MA, Geological Sciences, Ronald Greeley chair |
| | Brenda Koerner, PhD Plant Biology, Jeff Klopatek chair |
| | Brandon Vogt, PhD, Robert Edsall chair |
| | Seow Lim, PhD, Michael Kuby chair |
| 2005 | Stephanie Dietrick, MA, Robert Edsall chair |
| 2004 | Timothy Leslie, MA, Breandan O hUallachain chair |
| 2003 | Jana Heisler, MS Plant Biology, John Briggs chair |
| 2002 | Sean Whitcom, MS Plant Biology, Jean Stutz chair |
| | Santiago Lopez, MS, Patricia Fall chair |
| 2000 | Antonio Matamoros, MA, Rodrigo Sierra chair |
| | Mary Richardson, MA, Interdisciplinary Studies, Andrew Smith chair |
| | Michael Henze, MA, Ronald Dorn chair |
| | Brandon Vogt, MA, Ronald Dorn chair |
| 1999 | Steven Gordon, PhD, Ronald Dorn chair |
| | Curtis Sommer, MA, Michael Kuby chair |
| 1998 | Jordon Chamberlain, MA, Rodrigo Sierra chair |
| | Charlene Howard McDonald, MA, Elizabeth Burns chair |

## Undergraduate Honor's Thesis Committee

| 2015 | Jessica Jia, co-chair with Kelli Larson, honors thesis |
| 2011 | Joshua Randall, Community of Undergraduate Research Scholars (COURS) |
| | Michael Catsos, committee member, honors thesis |
| | Emma Harrison, committee member, honors thesis |
| 2003 | Robert Murray, chair, honors thesis |

## Memberships

| 2016 - | American Association for the Advancement of Science (AAAS) |
| 2011 - | American Geophysical Union (AGU) |
| 2010 - | American Planning Association (APA) |
| 2007 - | American Society for Photogrammetry and Remote Sensing (ASPRS) |

1998 -          Association of Pacific Coast Geographers (APCG)
1997 – 2009     American Congress on Surveying and Mapping (ACSM)
1997 – 2009     Cartography and Geographic Information Science Society (CaGIS)
1993 -          Association of American Geographers (AAG)

**Page 28 of 28**

**EXHIBIT X**

## Assessment of Race, Ethnicity, and Female Heads of Households in Public Housing in the City of Maricopa, Arizona

Report to Brancart & Brancart
Prepared by Elizabeth A. Wentz, PhD
January 31, 2018

## I. Introduction

This report examines the distribution of race, ethnicity and gender in four populations groups.

1. Head of household receiving housing assistance administered by the Pinal County Housing Department (PCHD), also known as the Pinal County Housing Authority (PCHA), including the City of Maricopa, based on the US Department of Housing and Urban Development (HUD) data;

2. Head of household on the waiting list for housing assistance provided by PCHD, based on data from PCHD;

3. Head of household occupying public housing units located on Edwards Circle in the City of Maricopa operated by PCHD, based on data from PCHD; and,

4. Head of household for dwelling units receiving water service provided by the Maricopa Domestic Water Improvement District (MDWID), based on data produced by MDWID to Brancart & Brancart.

The analysis compares these data sets to determine if there is a disparity between the population distribution for MDWID and population distributions for PCHD recipients, households on the PCHD waiting list, and PCHD head of household occupying public housing located on Edwards Circle in the City of Maricopa. For each disparity identified, this report states whether that disparity is statistically significant, which provides a measure whether a disparity is the result of chance. The remainder of this report describes the City of Maricopa, the public housing buildings in the City of Maricopa, the data and methods of analysis used in the report, and an interpretation of the findings.

## II. Data Sources

- US Census, accessed at https://factfinder.census.gov/faces/nav/jsf/pages/index.xhtml;

- Residential Characteristics Report (RCR) compiled by HUD, accessed at https://pic.hud.gov/pic/RCRPublic/rcrmain.asp, and identified as HUD 7-12;

- PCHD data sets reflecting occupancy of dwellings, including public housing dwelling located on Edward Circle in the City of Maricopa, and households on waiting list for housing assistance, provided by Brancart & Brancart and identified as PCHD 1-36;

- MDWID data sets reflecting households receiving water service provided by MDWID, provided by Brancart & Brancart and identied as MDWID 1279-1292 and MDWID 1268-1274; and,

- Google Maps, as reflected in Figure 1 and 2 herein.

### A. The City of Maricopa and Pinal County

The City of Maricopa is an incorporated area in Pinal County Arizona with a population (estimated 2016) of 43,462 (US Census). The total land area is 47.47 square miles. City water is serviced in part by the Maricopa Domestic Water Improvement District (MDWID). Summary statistics for the City of Maricopa and Pinal County are shown in Table 1. Both the City of Maricopa and Pinal County are largely white (more than 70%) with very few single female heads of households (approximately 7% of all households).

Table 1. Population statistics for Pinal County and the City of Maricopa, Arizona (US Census 2010)

| Geographic area | Total population | White (non Hispanic) | African American | American Indian** | Hispanic | Total # Households | Female HH w/children |
|---|---|---|---|---|---|---|---|
| Pinal County | 375770 | 272,013 | 17,215 | 20,949 | 106,997 | 125,590 | 8462 |
| | | (72.39%) | (4.58%) | (5.57%) | (28.47%) | | (6.74%) |
| City of Maricopa | 43462 | 30,528 | 4206 | 863 | 10,617 | 14,359 | 1011 |
| | | (70.24%) | (9.68%) | (1.99%) | (24.43%) | | (7.04%) |

** Includes Alaskan natives

## B. Pinal County Housing Department (PCHD)

The US Department of Housing and Urban Development (HUD) maintains records on both current housing occupancy and applications currently on the waitlist. Table 2 below reports the racial/ethnic distribution from these two populations. The "50058 rec" refers to a form that HUD uses to collect data from the participants of the subsidized housing program. Source: HUD Resident Characteristics Report, 2017 (HUD 7-12).

Table 2. Household statistics for the Pinal County Housing Authority AZ010

| Population | 50058 rec | White (non Hispanic) | African American | American Indian** | Hispanic | Female HH w/children |
|---|---|---|---|---|---|---|
| PCHD (AZ010) | 155 | 97 | 23 | 28 | 73 | 126 |
| | | (63%) | (15%) | (18%) | (47%) | (73%) |
| PCHD waitlist | 5571 | 2945 | 727 | 485 | 1320 | NA |
| | | (53%) | (13%) | (8.8%) | (23.7%) | |

** Includes Alaskan natives

## C. Edwards Circle: Public Housing in the City of Maricopa

The public housing examined in this report consists of 10 building structures located on Edwards Circle in the City of Maricopa, Arizona. Each building contains two dwelling units (Figure 1 and 2). Current records from 2017 (PCHD pgs 21-32) indicate that 18 of the 20 units are occupied. There are 77 residents with 48 of them being minors (under 18). Summary statistics of the households and population are reported in Table 3.

Table 3. Population and household statistics for the residents in Edwards Circle

| Total population* | Total # Households | Female HH w/children | White Non Hispanic | African American | American Indian** | Hispanic |
|---|---|---|---|---|---|---|
| 77 | | | 9 | 33 | 10 | 24 |
| | | | (11.69%) | (42.86%) | (12.99%) | (31.17%) |
| | 18 | 16 | 2 | 7 | 3 | 6 |
| | | (89%) | (11.1%) | (38.9%) | (16.7) | (33.3%) |

* Sum of racial/ethnic population does not sum to 77 because race/ethnicity of 1 resident is unreported

** Includes Alaskan natives

2



Figure 1 shows a bird's eye view of the 10 structures. (source Google maps)



Figure 2 shows a street view of two of the structures showing entrances to the two units (source Google maps)

## D. Maricopa Domestic Water Improvement District (MDWID): Heads of households receiving water service

Two data sets reflect the distribution by race, ethnicity, and gender for heads of households that receive water service from MDWID (MDWID 1279-1292 and MDWID 1268-1274). These data provide information based on race, ethnicity and gender only. These data reflect the following distribution of heads of households based on those demographic characteristics.

3

Table 4. Descriptive statistics on the household heads in the MDWID

| Number of units | White Non Hispanic | African American | American Indian** | Hispanic | Female HH w/children |
|---|---|---|---|---|---|
| 312 | 140 | 9 | 7 | 155 | 107 |
| | (45%) | (2.9%) | (2.24%) | (49.7%) | (34.3%) |

** Includes Alaskan natives

The geographic boundary of the service area for MDWID with the boundary of the City of Maricopa and the location of the Edwards Circle homes is shown in Figure 3.



Figure 3.Shows the geographic relationship between the Edwards Circle PHB, the MDWID service area, the City of Maricopa all within Pinal County

## III. Analysis

Analytical approach is to calculate the difference in percentages on subpopulations and assess statistically whether these differences occurred by chance. The probability of the difference occurring by chance is reported through a p-value where values less than 0.01 are considered significant. In other words, small p values mean that the difference in percentage did not occur by chance. Each section below describes the analysis based on a specific subpopulation.

## A. Race

To examine whether there are statistical racial differences between residents in Edwards Circle and other comparable subpopulations, the chi-square test is used. Table 5 compares the household percentages of household heads in the Edwards Circle housing to the household heads in the Pinal County Housing Department, the Pinal County Housing Department waitlist, and the households receiving water delivery from the MDWID. Values shown are the percentage difference and the level of confidence in parentheses.

4

Cells in the table shown in red indicate that the Edwards Circle percentage of that racial group is statistically different from the other subpopulation.

Table 5. Chi-squared test comparing Edwards Circle households (Table 3) to comparative groups on race. Red indicates the % difference is statistically significance at the 0.01 level.

|  | White (non Hispanic) | African American | American Indian |
|---|---|---|---|
| Pinal County HA | 55% (P<0.0001) | 23% (P=0.0174) | 3% (P=0.7626) |
| Pinal County HA waitlist | 42% (P=0.0004) | 26% (P=0.0011) | 8.3% (P=0.2129) |
| MDWID participants | 34% (P=0.0047) | 36.1% (P<0.0001) | 14.76% (P=0.0004) |

The results show that the percentage of White (non Hispanic) in Edwards Circle are between 34% and 55% lower than the other groups compared here. For the African Americans, there is between a 23% and 36% percentage difference with Edwards Circle having a statistically higher percentage, with the difference for Pinal County HA having 2% probability that this could have occurred by chance. The American Indian population in Edwards Circle looks more like the Pinal County HA and the waitlist with differences only at 3% and 8.3%. However, there is a statistical difference for American Indians in the MDWID resident group by nearly 15% with a high probability that this did not occur by chance. Across all racial groups, the Edwards Circle heads of household are statistically different from the MDWID heads of household.

A similar test is performed by comparing the total population to the subpopulations in the City of Maricopa and Pinal County. The total population includes the heads of households plus all other household residents including minors and other adults. Table 6 shows these comparisons.

Table 6. Chi-squared test comparing Edwards Circle (Table 3) to comparative populations on race. Red indicates the % difference is statistically significance at the 0.01 level.

|  | White (non Hispanic) | African American | American Indian |
|---|---|---|---|
| Pinal County (total) | 60.7% (P<0.0001) | 38.28% (P<0.0001) | 7.42% (P=0.0045) |
| City of Maricopa (total) | 58.55% (P<0.0001) | 33.42 (P<0.0001) | 11% (P<0.0001) |

The racial differences between the total resident population compared to the populations of Pinal County and the City of Maricopa are even greater than the households. What this means is that the subpopulation of Edwards Circle drawn from the City of Maricopa and Pinal County is not statistically similar and therefore did not occur by chance.

## B. Ethnicity

To examine whether there are statistical ethnicity differences between residents in Edwards Circle and other comparable subpopulations, the chi-square test is used as before. In Table 7, the ethnicity of the household head is compared to other population groups.

Table 7. Chi-squared test comparing Edwards Circle households (Table 3) to comparative groups on ethnicity. Red indicates the % difference is statistically significance at the 0.01 level.

|  | Hispanic (non White only) |
|---|---|
| Pinal County HA | 12% (P=0.3327) |
| Pinal County HA waitlist | 9.3% (P=0.3545) |
| MDWID participants | 16.7% (P=0.1688) |

The results show that while there are percentage differences between households heads who are Hispanic, but these differences are not statistically significant.

A similar analysis is performed comparing the ethnicity of the total population in Edwards Circle to the ethnicity of the total population in Pinal County and the City of Maricopa. The results are shown in Table 8 revealing that there is little difference in the percentage of Hispanics in the City of Maricopa and Pinal County compared to the population in Edwards Circle.

Table 8. Chi-squared test comparing Edwards Circle population (Table 3) to comparative groups on ethnicity. Red indicates the % difference is statistically significance at the 0.01 level.

|  | Hispanic (non White only) |
|---|---|
| Pinal County (total) | 2.7% (P=0.5996) |
| City of Maricopa (total) | 6.74% (P=0.1691) |

5

## C. Gender

The final population group compared in this analysis is female heads of household who are single with dependent children. The comparison is conducted for all population groups. The results are shown below in Table 9.

Table 9. Chi-squared test comparing Edwards Circle households (Table 3) to comparative groups on female heads of households. Red indicates the % difference is statistically significance at the 0.01 level.

| | Female HH with children |
|---|---|
| Pinal County HD | 16% (P=0.1407) |
| Pinal County HD waitlist | NA |
| MDWID participants | 54.7% (P<0.0001) |
| Pinal County (households) | 82.26% (P<0.0001) |
| City of Maricopa (households) | 81.96% (P<0.0001) |

The Pinal County HA has 16% fewer female HH with children compared to Edwards Circle but this difference is not statistically significant. However, the difference between Edwards Circle and the MDWID households is nearly 55% with a high probability of not occurring by chance. The differences in percentages to the larger population in the City of Maricopa and Pinal County are even greater at approximately 82% difference for both with a high probability that this difference did not occur by chance.

## IV. Interpretation of Results and Opinions

In the analysis comparing the households in Edwards Circle serviced by MDWID compared to other MDWID participants, Pinal PHA households, and those on PHA waitlist, the Edwards Circle PHA is statistically more likely to have African American and American Indian heads of households. What this means that even in cases of housing needs, the residents of Edwards Circle are more likely to come from minority racial groups. Furthermore, there is a statistically significant chance that those heads of households will be single and female. There is not a statistical difference between Edwards Circle PHD and other groups on ethnicity. In other words, the percentage difference of those Hispanic in Edwards Circle and Pinal County PHA, MDWID, Pinal County, and the City of Maricopa are similar.

## V. Other Information

### A. Qualifications

My qualifications, including a list of all publications authored in the previous ten years, are set forth in the curriculum vitae attached as Exhibit 1.

### B. Other Testimony

I have not testified as an expert at trial or by deposition during the previous four years.

### C. Compensation

In addition to reasonable costs and expenses incurred, my compensation is $300 per hour for providing testimony in deposition or at trial and $150 per hour for research and writing.  I charge $75 per hour for any necessary research assistance.

Dated:  January 31, 2018

Elizabeth A. Wentz, PhD

**EXHIBIT Y**

1  Jeffrey C. Matura, State Bar No. 019893
   Melissa J. England, State Bar No. 022783
2  **Barrett & Matura, P.C.**
   8925 E. Pima Center Parkway, Suite 100
3  Scottsdale, AZ 85258
   Telephone:  (602) 792-5705
4  Facsimile:  (602) 792-5710
   jmatura@barrettmatura.com
5  mengland@barrettmatura.com

6  Attorneys for Defendant Maricopa Domestic Water
7  Improvement District

8              **UNITED STATES DISTRICT COURT**

9                 **DISTRICT OF ARIZONA**

10  Southwest Fair Housing Council, Inc., an       Case No. CV-17-1743-PHX-JJT
11  Arizona nonprofit corporation; Tavita Pena;
    and Jennifer Peters,                           **MARICOPA DOMESTIC WATER**
12                                                  **IMPROVEMENT DISTRICT'S**
                        Plaintiffs,                 **RESPONSE TO PLAINTIFFS'**
13                                                  **FIRST SET OF**
    v.                                             **INTERROGATORIES BY SWFHC**
14                                                  **(NOS. 1-20)**
    Maricopa   Domestic   Water   Improvement
15  District, an Arizona municipal corporation;
    and Pinal County, an Arizona County,
16
                        Defendants.
17

18          Pursuant to Rule 33 of the Federal Rule of Civil Procedure, Defendant Maricopa

19  Domestic Water Improvement District responds to Plaintiffs' First Set of Interrogatories

20  By SWFHC (interrogatories 1-20) as follows:

21          1.      Please list by full name, job title or description, dates of employment or

22  service, nature of service, employment or engagement, and current address, email and

23  telephone number, each officer, director, or employee who was engaged in the operation

24  or management of defendant Maricopa Domestic Water Improvement District (MDWID)

25  at any time since January 1, 2013.

26          **Response:  Objection to this interrogatory to the extent it seeks any personally**

27  **identifying information such as address, email and telephone numbers for officers,**

28

1   **Production, number 27.**

2      9.      If MDWID denies or refutes the allegation that the MDWID deposit policy

3   for Pinal County Public Housing residents has a discriminatory effect on the basis of race,

4   specifically African Americans, then please state each reason that supports such denial or

5   refutation.

6      **Response:  MDWID objects to this interrogatory as overly broad and unduly**

7   **burdensome.  Contention interrogatories "that systematically track all of the**

8   **allegations in an opposing party's pleadings, and that ask for each and every fact and**

9   **application of law to a fact that supports the party's allegations, are an abuse of the**

10  **discovery process because they are overly broad and unduly burdensome." *United***

11  ***States v. JP Morgan Chase Bank,* No. CV12-0155-PHX-MHB, 2013 WL 12204174, at**

12  ***2 (D. Ariz. Sept. 16, 2013).  Further, while contention interrogatories may be used,**

13  **they "should not require a party to provide the equivalent of a narrative account of**

14  **its case, including every evidentiary fact, details of testimony of supporting witnesses,**

15  **and the contents of supporting documents."  *See Milke v. City of Phoenix,* 2016 WL**

16  **5346364 (D. Arizona 2016) quoting *Aldapa v. Fowler Packing Co. Inc.,* 310 F.R.D.**

17  **583, 591 (E.D. Cal. 2015). Moreover, it is Plaintiffs' burden to establish a**

18  **discriminatory effect and not MDWID's burden to prove the opposite.**

19     **Subject to and without waiving these objections, MDWID responds that it**

20  **may employ an expert to examine and opine regarding Plaintiffs' alleged**

21  **discriminatory effects. Further, Plaintiffs have not established that they are similarly**

22  **situated to all the residents of Maricopa or that there is a causal connection between**

23  **the policy and the alleged disbalance.  "Racial imbalance … does not, without more,**

24  **establish a prima facie case of disparate impact."  *Wards Cove Packing Co. v. Atonio,***

25  **490 U.S. 642, 653, 109 S. Ct. 2115, 104 L.Ed.2d. 733 (1989). Nevertheless, even if the**

26  **deposit  policy  had  a  discriminatory  effect,  MDWID  had  a  legitimate**

27  **nondiscriminatory reason for the policy.  MDWID is a small nonprofit corporation**

28  **that provides water service to individuals and business organizations in and around**

Maricopa, Arizona.   Most of these individuals and businesses pay taxes that contribute to the operating expenses of the District.   Pinal County Housing property is Out of District.   Pinal County and its residents do not pay property taxes to contribute to the operation of the District.   Moreover, when individuals leave Pinal County Housing with delinquent accounts or open balances, MDWID has no viable recourse to collect those losses.   Unlike other situations where MDWID can put a lien on a property to collect a balance from a homeowner, MDWID is prohibited from attaching a lien on property owned by Pinal County.   Accordingly, the deposit policy was necessary to protect against the losses suffered by MDWID from delinquent and open accounts that would go unpaid.   MDWID has a legitimate interest in collecting sufficient funds to operate the water system and provide services.   Further, there is no intent or motive by MDWID to discriminate and Pinal County Housing residents were not treated differently that similarly situated parties who are not members of a protected class.

5

**Page 3 of 5**

20.     For each material fact listed in answer to interrogatory 18, please identify by title or description, location and custodian, each document or thing that reflects that material fact.

**Response:**  *See* **Response to interrogatory number 13.  In addition, MDWID has provided relevant documents with its MIDP and twelve supplemental disclosure statements.**

Dated on April 24, 2019.


BARRETT & MATURA, P.C.


By:   /s/ Jeffrey C. Matura
        Jeffrey C. Matura
        Melissa J. England
        8925 E. Pima Center Parkway, Suite 100
        Scottsdale, Arizona 85258
        Attorneys for the Maricopa Domestic Water Improvement District

10

**Page 4 of 5**

ORIGINAL of the foregoing mailed
and e-mailed on April 24, 2019 to:

Christopher Brancart
Brancart & Brancart
P.O. Box 686
Pescardero, California 94060
Attorneys for Plaintiffs

Paul Gattone
Law Office of Paul Gattone
301 South Convent Avenue
Tucson, Arizona 85701
Attorneys for Plaintiffs

Georgia A. Staton
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Pinal County

/s/ Carolyn Harrington
4812-7110-4078

11

**Page 5 of 5**

**EXHIBIT Z**

Redacted

Maricopa - Maricopa DWID

Title: Customer Account: 2130-06-SM

Date: 01/28/2016 7:41 AM

| Account No: | 2130-06-SM | | Location: | 44984 W EDWARDS CIR 6 |

Attn:
Name: ███████████
Address: ███████████
Address:
City: CASA GRANDE

W
ST
O

LANGUAGE

State Zip: AZ 85122

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|------|--------|-----|----------|---------|----------|-------|-------|-------------|------|--------|
| 8/01/2012 | | 0 | | | | | | Previous Balance | | 30.71 |
| 8/13/2012 | 1202 | | CASH | | | | | Payment #:10013500 | | -60.00 |
| 8/31/2012 | 1203 | 120654 | | 220,637.00 | 208,471.00 | 12,166.00 | 01-2130-06 | Monthly Service | | 47.12 |
| 8/31/2012 | | 120654 | | | | | | Tax | | 4.57 |
| 9/26/2012 | 1203 | 120747 | | | | 1.00 | | RECNNCT FEE | | 55.00 |
| 9/28/2012 | 1204 | C10959 | | | | -1.00 | | Zero Reconn. | | -55.00 |
| 9/28/2012 | 1204 | 121035 | | 228,323.00 | 220,637.00 | 7,686.00 | 01-2130-06 | Monthly Service - Prorated for 24 Days | | 17.60 |
| 9/28/2012 | | 121035 | | | | | | Tax | | 1.71 |
| | | | | | | | | Account Balance | | $41.71 |

MDWID 001378

Redacted

Maricopa - Maricopa DWID

**Title: Customer Account: 2130-14-EB**

**Date: 01/28/2016 7:43 AM**

| Account No: | 2130-14-EB | | Location: | 45022 W EDWARDS CIR 14 |

Attn:
Name: ████
Address: ████
Address:
City: MARICOPA     State Zip:  AZ  85139-0259

LANGUAGE

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|------|--------|-----|----------|---------|----------|-------|-------|-------------|------|--------|
| 1/01/2011 | | 0 | | | | | | Previous Balance | | 26.53 |
| 1/17/2011 | 1007 | 114328 | | | | 1.00 | | Svc/Disc.Fee | | 55.00 |
| 1/31/2011 | 1008 | 114550 | | 5,232.00 | 4,334.00 | 898.00 | 01-2130-14 | Monthly Service | | 22.00 |
| 1/31/2011 | | 114550 | | | | | | Tax | | 2.13 |
| 2/28/2011 | 1009 | 114777 | | 5,232.00 | 5,232.00 | | 01-2130-14 | Monthly Service | | 22.00 |
| 2/28/2011 | | 114777 | | | | | | Tax | | 2.13 |
| 5/03/2011 | 1011 | C10691 | | | -1.00 | | | Billing error credited for inactive account. | | -24.13 |
| | | | | | | | | Account Balance | | $105.66 |

Redacted

Maricopa - Maricopa DWID

Title: Customer Account: 2130-14-RC

Date: 01/28/2016 7:45 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No: | 2130-14-RC | | | | Location: | 45022 W EDWARDS CIRCLE 14 | | |
| Attn: | | | | | | | | |
| Name: | ████████ | | | | | W | | |
| Address: | ████████ | | | | | ST | | |
| Address: | | | | | LANGUAGE | O | | |
| City: | MARICOPA | State Zip: | AZ  85138 | | | | | |

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/01/2012 | | 0 | | | | | | Previous Balance | | 1.33 |
| 8/31/2012 | 1203 | 120661 | | 217,317.00 | 210,033.00 | 7,284.00 | 01-2130-14 | Monthly Service | | 36.14 |
| 8/31/2012 | | 120661 | | | | | | Tax | | 3.51 |
| 9/26/2012 | 1203 | 120746 | | | 1.00 | | | RECNNCT FEE | | 55.00 |
| 9/28/2012 | 1204 | C10958 | | | -1.00 | | | 0 RECNNCT | | -55.00 |
| 9/28/2012 | 1204 | 121032 | | 225,747.00 | 217,317.00 | 8,430.00 | 01-2130-14 | Monthly Service - Prorated for 25 Days | | 35.05 |
| 9/28/2012 | | 121032 | | | | | | Tax | | 3.40 |
| | | | | | | | | Account Balance | | $79.43 |

MDWID 001380

Redacted

Maricopa - Maricopa DWID

Date: 01/28/2016 7:45 AM

Title: Customer Account: 2130-10-VL

| Account No: | 2130-10-VL | | Location: | 45006 W Edwards Cir 10 |
|---|---|---|---|---|
| Attn: | | | | |
| Name: | ███████████ | | | W |
| Address: | ██████████ | | | ST |
| Address: | | | LANGUAGE | |
| City: | Bapchule | State Zip: | AZ  85121 | |

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Previous Balance | | .68 |
| 8/01/2015 | | 0 | | | | | | Payment #:10023201 | | -31.27 |
| 8/17/2015 | 1602 | | cash | | | | | First 1000 Units at 0.0000000 Plus 1.00 | 1.00 | |
| 8/31/2015 | | 131774 | | | | | | | | |
| 8/31/2015 | | 131774 | | | | | | Plus 951 Units at 0.0000900 | .09 | |
| 8/31/2015 | 1603 | 131774 | | 382,307.00 | 380,356.00 | 1,951.00 | 01-2130-10 | Res. Water Surcharge | | 1.09 |
| 8/31/2015 | | 131774 | | | | | | First 1000 Units at 0.0000000 Plus 25.00 | 25.00 | |
| 8/31/2015 | | 131774 | | | | | | Plus 951 Units at 0.0022500 | 2.14 | |
| 8/31/2015 | 1603 | 131774 | | 382,307.00 | 380,356.00 | 1,951.00 | 01-2130-10 | Monthly Service | | 27.14 |
| 8/31/2015 | | 131774 | | | | | | Tax | | 2.36 |
| 9/30/2015 | 1604 | 132101 | | 382,325.00 | 382,307.00 | 18.00 | 01-2130-10 | Res. Water Surcharge | | 1.00 |
| 9/30/2015 | 1604 | 132101 | | 382,325.00 | 382,307.00 | 18.00 | 01-2130-10 | Monthly Service | | 25.00 |
| 9/30/2015 | | 132101 | | | | | | Tax | | 2.17 |
| | | | | | | | | Account Balance | | $28.17 |

Redacted

Maricopa - Maricopa DWID

Title: Customer Account: 2130-15-MT

Date: 01/28/2016 7:46 AM

Account No: 2130-15-MT                    Location: 45005 W Edwards Cir 15

Attn:                                                     W/*ID
Name: ████                                          ST
Address: ██ ██                                     O
Address:                              LANGUAGE
City: Maricopa          State Zip:      AZ  85139

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|------|--------|-----|----------|---------|----------|-------|-------|-------------|------|--------|
| 12/01/2010 | | 0 | | | | | | Previous Balance | | 80.49 |
| 12/01/2010 | 1006 | 113911 | | 153,089.00 | 152,834.00 | 2,550.00 | 01-2130-15 | Monthly Service | | 25.49 |
| 12/01/2010 | | 113911 | | | | | | Tax | | 2.47 |
| 12/29/2010 | 1007 | 114226 | | 26,106.00 | 26,106.00 | | 01-2130-15 | Monthly Service | | 22.00 |
| 12/29/2010 | | 114226 | | | | | | Tax | | 2.13 |
| 1/31/2011 | 1008 | 114551 | | 27,872.00 | 26,106.00 | 1,766.00 | 01-2130-15 | Monthly Service | | 23.72 |
| 1/31/2011 | | 114551 | | | | | | Tax | | 2.30 |
| 2/28/2011 | 1009 | 114778 | | 29,566.00 | 27,872.00 | 1,694.00 | 01-2130-15 | Monthly Service | | 23.56 |
| 2/28/2011 | | 114778 | | | | | | Tax | | 2.29 |

Account Balance                                      $184.45

No Redaction - Pinal County Only

Maricopa - Maricopa DWID

Date: 01/28/2016 7:48 AM

Title: Customer Account: 2130-10

Account No:     2130-10                          Location:          45006 W EDWARDS CIR 10
Attn:
Name:           Pinal County Housing Division                      W
Address:        970 N Eleven Mile Corner                           ST
Address:                                         LANGUAGE          O
City:           Casa Grande      State Zip:      AZ  85222

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|------|--------|-----|----------|---------|----------|-------|-------|-------------|------|--------|
| 3/01/2015 | | 0 | | | | | | Previous Balance | | |
| 4/30/2015 | 1511 | 130572 | | 374,049.00 | 373,719.00 | 330.00 | 01-2130-10 | Res. Water Surcharge | | .88 |
| 4/30/2015 | 1511 | 130572 | | 374,049.00 | 373,719.00 | 330.00 | 01-2130-10 | Monthly Service | | 22.00 |
| 4/30/2015 | | 130572 | | | | | | Tax | | 1.91 |

Account Balance                $24.79

**Page 6 of 8**                              MDWID 001383

No Redaction - Pinal County Only

Maricopa - Maricopa DWID

Title: Customer Account: 2130-11                                      Date: 01/28/2016 7:49 AM

| Account No: | 2130-11 | | | | Location: | 44983 W EDWARDS CIR 11 |
| Attn: | | | | | | |
| Name: | PINAL COUNTY HOUSING DIV | | | | | W |
| Address: | 970 N 11 MILE CORNER RD | | | | | STX |
| Address: | | | | | LANGUAGE | O |
| City: | CASA GRANDE | | State Zip: | AZ  85194 | | |

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|------|--------|-----|----------|---------|----------|-------|-------|-------------|------|--------|
| 9/01/2014 | | 0 | | | | | | Previous Balance | | |
| 9/30/2014 | 1504 | 128484 | | 79,018.00 | 78,861.00 | 157.00 | 01-2130-11 | Res. Water Surcharge | | .88 |
| 9/30/2014 | 1504 | 128484 | | 79,018.00 | 78,861.00 | 157.00 | 01-2130-11 | Monthly Service | | 22.00 |
| 9/30/2014 | | 128484 | | | | | | Tax | | 1.91 |
| | | | | | | | | Account Balance | | $24.79 |

No Redaction - Pinal County Only

Maricopa - Maricopa DWID

Title: Customer Account: 2130-13

Date: 01/28/2016 8:02 AM

| | | |
|---|---|---|
| Account No: | 2130-13 | Location: | 45005 W Edwards Cir 13 |
| Attn: | | | |
| Name: | Pinal County Housing Dept | | W |
| Address: | 970 N. 11 Mile Corner Rd | | STX |
| Address: | | LANGUAGE | O |
| City: | Casa Grande | State Zip: | AZ 85194 |

| Date | Period | Ref | Paid Ref | Current | Previous | Usage | Meter | Description | Tier | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/01/2015 | | 0 | | | | | | Previous Balance | | |
| 5/31/2015 | 1512 | 130867 | | 153,135.00 | 153,130.00 | 5.00 | 01-2130-13 | Res. Water Surcharge | | .88 |
| 5/31/2015 | 1512 | 130867 | | 153,135.00 | 153,130.00 | 5.00 | 01-2130-13 | Monthly Service | | 22.00 |
| 5/31/2015 | | 130867 | | | | | | Tax | | 1.91 |

Account Balance  $24.79

MDWID 001385